Tatyana T. Ivanova-Nikolova, Ph.D.
214 Adams Blvd
Greenville, NC 27858

April 11, 2008

Ms. Ola Wiggins
Equal Employment Opportunity Commission (EEOC)
Raleigh Area Office
1309 Annapolis Drive
Raleigh, NC 27608-2129

Dear Ms. Wiggins:

Last week I spoke to Mr. Weaver that I would like to file an official charge of retaliation against East Carolina University in addition to the gender discrimination charge. This letter is to confirm this information to you.

Through the entire appeal of the nonreappointment decision in my case I strictly followed the procedures set by the East Carolina University official policies and documents.

The University officials chose to:
1. Temper with the Record on Appeal provided by me to the Faculty Hearing Committee conducting the first hearing on June 4 and 5, 2007.
2. Conduct a second hearing in clear violation of the East Carolina University Faculty Manual on February 29, March 1, 2008 by a Faculty Hearing Committee including two faculty members with disclosed administrative appointments. The Faculty Manual clearly states that members of the Faculty Hearing Committee should be without administrative appointments.
3. Repeatedly declined to provide information about the relative weight of my teaching versus my research; the lab space, state-funded research assistance, and state-funded graduate student assistance provided to similarly situated male faculty members. This information was not provided even after the Board of Governors of UNC specifically requested from East Carolina University to address the allocation of space, state funding and resources to the faculty members in the department. Under the public information laws of the State of North Carolina this information should have been provided to me upon request.

Each one of these actions delayed and obstructed the timely resolution of my appeal. The responsibility for these delays and obstructions resides entirely with East Carolina University.

I consider the denial of my request for one-year extension of my current contract, pending the resolution of my appeal, an act of retaliation against me because I filed the appeal with the Board of Governors and the charge with EEOC, which you are investigating. This decision was made by the Interim Dean, Phyllis Horns and upheld by the Chancellor, Dr. Steve Ballard.

These actions of East Carolina University have one and only goal to damage my research program and to subject my family and children to a financial crisis that would prevent me from pursuing further this case.

As you are aware, the Chair of the Department, Prof. David Taylor intentionally interfered with the upgrade of the position of my husband, Dr. Emil Nikolov, Ph.D. Thus, for years my husband was paid substantially less than the other research staff hired at comparable positions and with comparable job description in the department. Only very recently (at the end of March, 2008), his salary was brought to its "market value", which resulted in a 25% increase in his salary retroactive to January 1, 2008. This is a "too little, to late" effort of East Carolina University to rectify a situation that had adversely affected my career and family.

Altogether, the attempts of the East Carolina University officials to impose financial difficulties on my family, while interfering with the establishing of the relevant information amount to retaliation. For these reasons I am adding a retaliation charge to my charge of gender discrimination.

I will appreciate very much your help with establishing the relevant information in this case.

I am sending you the acknowledgement of the former University Attorney that she received my request for information about the allocation of state-funded positions in the department and the relative weight of my teaching. East Carolina University declined to provide response to this request.

I am sending you the acknowledgement of the Chair of the Faculty Hearing Committee that he received my request for information about the allocation of space and state-funded positions in the department and the relative weight of my teaching. The same request was also made to the Chancellor. The Chair of the Faculty Hearing Committee declined to provide the relevant information too.

I am also sending you the acknowledgement of the administrative assistant in the Faculty Senate Office that she was responsible for the changes in the Record on Appeal submitted by me during the initial hearing.

Finally, I am enclosing my correspondence with the Chair of the Faculty Hearing Committee through which he excluded the changes in the Record on Appeal from the scope of the second hearing.

Thank you very much for your proper attention to this matter. If you need any additional information, please do not hesitate to call me at 252-744-2757.

Respectfully,

Tatyana T. Ivanova-Nikolova, Ph.D.