Tatyana T. Ivanova-Nikolova, Ph.D.
214 Adams Blvd.
Greenville, NC 27858

Mr. Thomas M. Colclough
Area Director
U.S. Equal Employment Opportunity Commission
1309 Annapolis Drive
Raleigh, NC 27608-2129

Dear Mr. Colclough:

I am an Assistant Professor in the Department of Pharmacology and Toxicology at East Carolina University, Brody School of Medicine.

At the end of August 2007, I filed a complaint of gender bias/sex discrimination with your agency in a case of denial of tenure and promotion to me by East Carolina University. This case is still pending with the EEOC and I would like very much to arrange a meeting with you and your investigating officer, Ms. Ola Wiggins to discus my case.

A substantial body of evidence establishes that women in chemistry and biological sciences face discrimination in academia, limiting the appointment, retention, and advancement of women faculty. While the proportion of women remains 50% through bachelor's and doctoral degrees, the hiring and retention into faculty positions is well below the available pool. The Basic Science Departments of East Carolina University, Brody School of Medicine have only two tenured women out of their approximately 50 faculty members, this number is even below the national average.

While Federal anti-discrimination laws ban universities from engaging in any type of discrimination, including: intentional discrimination, retaliation, disparate treatment discrimination, and failure to maintain required policies and procedures, I have been subjected to all of these adverse treatments. This has been an extremely traumatic experience for me, my family and my research program. The fact that the ECU Chancellor, the Interim Dean of Brody School of Medicine, and the Chair of the Department of Pharmacology and Toxicology intentionally support and engage in gender discrimination at ECU has been even more traumatic experience. I have been through two faculty hearings and an appeal process with the Board of Governors of UNC System. During the first faculty hearing two of the five members of the Faculty Hearing Committee felt that the decision to deny my tenure and promotion was based on gender bias/ sex discrimination. They reached this decision, even though an unidentified ECU official had tempered with the Record on Appeal presented by me to the Committee. The Board of Governors of UNC System extensively reviewed the

Record on Appeal in my case and set aside the decision of ECU to deny my tenure and promotion and requested ECU to conduct a new Faculty Hearing. The purpose of this hearing was to address very specific questions as directed by the Board of Governors of UNC in their letter of January 11, 2008. On page 15 of the Report of the Committee on Personnel and Tenure under section VI CONCLUSIONS the Committee on Personnel and Tenure of the Board of Governors wrote:

*"Dr. Ivanova-Nikolova has alleged several differences in the way she was treated compared to males concerning her access to opportunities within the department, such as lab space, paid assistants, and graduate assistants, and she questioned what impact this ultimately had on the decision about her reappointment/ tenure.*

*We believe there are many unanswered questions regarding this evidence and conclude a new hearing should be conducted by the Faculty Committee."*

During the second hearing, I presented the names of the state-funded graduate students and research staff positions in different laboratories in the department, including in the laboratory of a comparable male faculty member. I also requested from the Chancellor and the Chair of the Faculty Hearing Committee information on the laboratory space allocated to different faculty members in the department and the annual salaries of different research staff positions. I also requested information on the relative weight of my teaching. According to official documents, my average annual teaching load was in excess of 50% of my academic time, while in the evaluation of my candidacy for tenure and promotion I was given credit for only 25% teaching. This information was not provided to me, although this is information that should have been provided to me under the public information laws of NC.

I also kindly requested the help of Ms. Wiggins in obtaining this information from ECU. This information would show that I received less than 50% of the resources provided to comparable male faculty members for support of my research program and less than 50% of the credit I should have received for my teaching. This information holds the key to the timely resolution of my case. Therefore, I would like to schedule a meeting with you and Ms. Wiggins at your earliest convenience to discuss my case with you and the help that your agency can provide to me. I have to leave ECU on June 30, 2008, and the time is of utter importance.

Thank you very much for your consideration to my letter. I am looking forward to your response.

Sincerely yours,

Tatyana T. Ivanova-Nikolova, Ph.D.