

School of Medicine
Department of Pharmacology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-816-2736 office • 252-816-3203 fax

May 5, 1999

Dr. Tatyana Ivanova-Nikolova
Department of Cellular and Molecular Physiology
Penn State College of Medicine
Weis Center for Research
100 N. Academy Avenue
Danville, Pennsylvania 17822-2614

Dear Dr. Ivanova-Nikolova,

    I am pleased to offer you the position of Assistant Professor of Pharmacology in the Department of Pharmacology for a term beginning August 1, 1999 and ending June 30, 2003. Your annual (twelve month) salary rate for the initial year will be $65,000, prorated for the initial year of this appointment. Salary rates for subsequent years of the appointment are subject to revisions by the North Carolina General Assembly. This letter is my commitment to you, subject to confirmation by the Vice Chancellor as an agent for the Chancellor and the Board of Trustees. A contract letter from the Vice Chancellor briefly summarizing the terms of employment will be provided to you, along with a copy of the Faculty Manual at the initiation of your employment. Federal law requires proper documentation of identity and employability at the time of employment.

    The provisions of Appendix D (editorial revision effective August 1997) of the Faculty Manual entitled "Probationary Appointments" govern your appointment. You will be notified of permanent tenure or non-tenure twelve months before the end of your probationary period. In accordance with University policies, your probationary period will begin July 1, 2000. As an *August 1* Assistant Professor, your probationary period is seven years, excluding the period of September 1, 1999 through June 30, 2000. Please refer to the enclosed copy of Appendix D (editorial revision effective August 1997) for more specific information.

T. I. N.

    Your service to the University for this appointment period will consist of the traditional duties of an Assistant Professor, including excellence in teaching; research (including publications in scholarly, refereed journals and presentations at learned societies); service to the department, school, university, and profession; and, any additional duties assigned by the departmental chair. You will be notified of teaching assignments at least two weeks prior to the beginning of each semester.

East Carolina University is a constituent institution of the University of North Carolina. An Equal Opportunity/Affirmative Action Employer.

Case 4:08-cv-00209-BR   Document 37-8   Filed 12/01/2009   Defendant's Exhibit 1

If you accept this offer, please sign and return this letter to me no later than May 20, 1999. You will be expected to report to work on August 1, 1999 and your official duties will end on June 30, 2003. We look forward to a favorable reply from you.

Sincerely yours,

Wallace R. Wooles, Ph.D.
Professor and Chairman

cc: Dr. James A. Hallock, M.D.
Wendy Beres

Enclosures: Appendix D (editorial revision effective August 1997)
Supplemental Letter
Moving Expense Information
Benefits Information

I accept your invitation to become Assistant Professor in the Department of Pharmacology for the term beginning August 1, 1999 and ending June 30, 2003. I understand that the terms of the appointment are those delineated in this letter and in Appendix D (editorial revision, effective August 1997) of the Faculty Manual.

_____    May 12, 1999
Tatyana Ivanova-Nikolova, Ph.D.              Date