

The Brody School of Medicine
Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-816-3301 office • 252-816-3203 fax

September 27, 2002

Dr. Tatyana Ivanova-Nikolova
Department of Pharmacology and Toxicology
Brody School of Medicine
East Carolina University

Dear Dr. Ivanova-Nikolova:

In accordance with Appendix D of the Faculty Manual, this letter informs you, as a non-tenured faculty member in a probationary term, of your progress toward tenure for the academic years encompassing 2000 - 2002. Due to the change in departmental leadership that occurred on January 1, 2001, the annual progress toward tenure letter for academic year 2000 – 2001 was not prepared even though you did receive an annual evaluation. You should review the criteria for faculty tenure contained in Appendix D of the Faculty Manual, provided to you at the time of employment and the School of Medicine Governance Code amended in July, 2002. In addition, you should review the approved promotion and tenure guidelines for our department. If you cannot locate your copy of these documents, please contact one of us immediately. It is important that you review these guidelines, because our failure to reference a specific area in the progress report, which is intended to be general, does not invalidate any requirements for conferral of permanent tenure.

Teaching/Advising. The relative weight assigned to your teaching responsibilities for the past two years was 25 %. Your contribution to the teaching mission included 5 lectures to physician assistant students in each year and, for the past year, service as a small group conference leader to the physician assistant students in which 14 clinical cases were presented. Student evaluations of your performance in that course indicated that you were very knowledgeable and prepared for the subject matter presented but that a different organization and presentation might be better appreciated and effective. The overall evaluation of your teaching effectiveness by the students increased from the first to the second year suggesting that you are making an effort to improve your teaching effectiveness. I attended your lectures and agree with the student evaluations of your didactic participation. However, I would also suggest that you make an effort to gain better insight into the academic capacity of the student population in order to better present material at the appropriate level. During the past year, you also served as the course director for the Molecular Pharmacology course provided for graduate students and presented 10 lectures in this course as well as 2 lectures in Neuropharmacology and 5 hours in the Research Techniques course for graduate students. During 2000 – 2001 you also provided 8 hours of lecture in the Cardiovascular Pharmacology course. These contributions reflect the modest level of effort devoted toward the teaching mission of the department that we have agreed upon as you establish your laboratory. We recognize that there has been some improvement in your teaching quality but as your contribution to the teaching mission increases, you will need to make a greater effort to enhancing your teaching effectiveness even more.

East Carolina University is a constituent institution of the University of North Carolina. An Equal Opportunity/Affirmative Action Employer.

**Research/Creative Activity.** The relative weight assigned to your research responsibilities for the past two years was 65%. We hope you are aware of the fact that your contribution to the research mission of the department can only be considered modest over this period of time. You were provided the remainder of the start-up funds that were originally promised in 2001 – 2002 and successfully competed for a Faculty Research Grants to provide support for your laboratory. You did present 1 abstract at a meeting in academic year 2001 – 2002 and made two research presentations to departments in the Brody School of Medicine during the past year. However, we need to point out that no proposals for extramural funding and no articles for publication were submitted from your laboratory during the past year. This level of productivity is not consistent with the percentage effort that is currently devoted to research. It is absolutely essential that a history of continued effort and success in publishing and obtaining extramural funding be established. We would also encourage you to explore a number of alternative funding sources and to seek the interaction and involvement of faculty in the department and in the Brody School of Medicine as a potential avenue for collaboration that might assist toward success. We know that you are well aware of the value of productivity in research with respect to the promotion and tenure process in the department and in the school and wish you success in your efforts in this regard.

**Professional Service.** The relative weight assigned to your professional service responsibilities on behalf of the department was 10%. You were elected to serve on the Graduate Studies Committee for the past two years. Participation in this important departmental committee requires a level of time commitment that is consistent with the effort that you have devoted to professional service. You also served as coordinator of the Molecular Pharmacology course that was presented to graduate students at the Brody School of Medicine as indicated above. Your professional service contributions to the department mission are viewed as satisfactory for the length of your appointment and are consonant with your level of effort.

Overall, as a faculty member who is completing her second year of the probationary term, your progress toward tenure is a source of concern. As we have discussed, in the remaining years of your probationary period, you need to make a concerted effort to produce significant tangible results of your research and scholarly pursuits. In addition, you need to also continue the improvement in your teaching effectiveness, as your teaching commitments to the departmental education mission will increase. As you know, qualification for promotion to the rank of Associate Professor is expected at the time of consideration for permanent tenure. It is equally important to remember that the criteria for such a promotion are based upon excellence or continual development toward excellence in teaching, research and service. According to Appendix D, conferral of permanent tenure without promotion to Associate Professor would be very unusual. We appreciate your contributions to the department during your term of appointment with us.

As an Assistant Professor appointed on August 1, 1999, your probationary term began on July 1, 2000. In accordance with university policy, the period of August 1, 1999 through June 30, 2000 will not count toward your probationary term. You will be notified no later than twelve months before the end of your seventh continuous year of employment whether you will be recommended for permanent tenure; the decision to confer, or not to confer, permanent tenure will be made in the 2005-2006 academic year, providing your employment is continuous, according to the procedures

outlined in the Faculty Manual. Please be aware that satisfactory progress-toward-tenure statements in no way imply that the university will confer tenure.

     We certainly hope that you will be able to produce the requisite scholarly work and obtain the extramural funding necessary to continue your research. These are very critical to establishing the credentials necessary for granting promotion to the rank of Associate Professor with tenure. We wish you the best of success in this endeavor.

Sincerely,

David A. Taylor, Ph.D.　　　　　　　　　　　Abdel A. Abdel-Rahman
Department Chair　　　　　　　　　　　　　　Chair, Personnel Committee


cc:    Vice Chancellor for Health Sciences
       Interim Dean, School of Medicine
       Chair, Personnel Committee, Department of Pharmacology and Toxicology


Note: The signature below signifies that the faculty member has received and read this report. It does not necessarily indicate agreement with its contents.


Report Received    10-01-2002        Date _____