

**The Brody School of Medicine**

Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

May 23, 2003

Dr. Tatyana Ivanova-Nikolova
Department of Pharmacology and Toxicology
Brody School of Medicine
East Carolina University

Dear Dr. Ivanova-Nikolova:

In accordance with Appendix D of the Faculty Manual, this letter informs you, as a non-tenured faculty member in a probationary term, of your progress toward tenure. You should review the criteria for faculty tenure contained in Appendix D of the Faculty Manual, provided to you at the time of employment and the School of Medicine Governance Code amended in July, 2002. In addition, you should review the approved promotion and tenure guidelines for our department. If you cannot locate your copy of these documents, please contact one of us immediately. It is important that you review these guidelines, because our failure to reference a specific area in the progress report, which is intended to be general, does not invalidate any requirements for conferral of permanent tenure.

**Teaching/Advising.** We have mutually agreed that the relative weight assigned to your teaching responsibilities would be 25 % to permit you to focus on developing the laboratory research program. Your contribution to the teaching mission of the department over the past year included 5 lectures to Physician's Assistant students and service as a small group facilitator to the Physician's Assistant students in which 13 clinical cases were presented. Student evaluations of your instruction in that course were satisfactory and indicated that you were both knowledgeable and well prepared. The overall evaluation of your teaching effectiveness by the students has steadily increased which indicates that you are working to improve your teaching effectiveness. The department chair has personally attended several of your lectures and also found them to be well prepared. Your peer evaluations of teaching completed during both the first and third years of your appointment indicate that you are a satisfactory teacher but identified some areas for improvement such as attempting to elicit more student interaction. We hope that you will make an effort to incorporate these suggestions as you continue to participate in the teaching mission of the department. You also served as a small group leader for Medical Pharmacology and continue to serve as the course director for the Molecular Pharmacology course. You provided 10 hours of lecture in this course. In addition, this past year you provided 14 hours of lecture in the Cardiovascular Pharmacology course that is offered in alternate years. These contributions are consistent with the modest effort devoted toward the teaching mission of the department that we have agreed upon as you establish your laboratory. Your teaching quality continues to improve and we look forward to greater contributions to the department teaching mission in the future. In particular, we hope that you will begin to participate in the lecture portion of the medical pharmacology course.

**Research/Creative Activity.** The relative weight assigned to your research responsibilities that we mutually agreed upon was 65%. During the past year your productivity has been less than satisfactory. From your annual report, only one manuscript has been prepared and submitted for publication and there are no other publications that have been produced during the past year. This represents the third year that no publications have appeared from the laboratory. In addition, no proposals for extramural funding were prepared and submitted during the past year. You did obtain some internal support for your research. When funds were frozen due to the budget reversion, however, the department provided you with resources to replace funding for part of that Faculty Research grant. Your research has been presented locally and at one national meeting and your laboratory has published one abstract. We hope that you are aware of the fact that this level of productivity is insufficient to maintain the percentage effort that is currently devoted to research. Furthermore, there is concern at this point in the process that your ability to be successful in the promotion and tenure process could be in serious jeopardy unless there is significant increase in effort and success devoted to research and creative activity. In order to succeed in the promotion and tenure process, it is absolutely essential that a history of sustained effort and success in publishing and attempts to obtain extramural funding be established. The level of productivity that is currently present may not be adequate to meet those expectations. We would also encourage you to explore potential collaborations in the department and in the Brody School of Medicine as an effort to enhance your ability to obtain extramural funding. In addition, we also suggest that you explore alternative funding sources to underwrite your research effort. There is concern that the laboratory appears to be somewhat isolated from others in the department and that this lack of interaction or collaboration with other research efforts either at the level of the department or within the Brody School of Medicine or the University at large could ultimately impede your development. We know that you are very well aware of the value of productivity in research with respect to both your development as an academic scientist and the promotion and tenure process in the department and in the school and hope that you will actively enhance your efforts in this regard.

**Professional Service.** The relative weight assigned to your professional service responsibilities on behalf of the department was 10%. You serve with other graduate faculty as a member of the Graduate Studies Committee. This reflects an important contribution and commitment on your part to the department. You also assist the department through your service as course director of the Molecular Pharmacology course. Your professional service contributions to the department mission are viewed as satisfactory for the length of your appointment and are consonant with your level of effort.

Overall, as a faculty member who is completing her third year of the probationary term, your progress toward tenure is a growing source of serious concern. As we have discussed, in the remaining years of your probationary period, it is essential that you produce significant tangible results of your research and scholarly pursuits in the form of manuscripts accepted for publication and, more importantly, in proposals requesting extramural support for the laboratory. In addition to the effort in research, you need to continue your efforts to improve your teaching effectiveness. As you know, qualification for promotion to the rank of Associate Professor is expected at the time of consideration for permanent tenure. It is equally important to remember that the criteria for such a promotion are based upon excellence or continual development toward excellence in teaching, research and service. According to Appendix D, conferral of permanent tenure without promotion to Associate Professor would be very unusual. We appreciate your contributions to the department during your term of appointment with us.

As an Assistant Professor appointed on August 1, 1999, your probationary term began on July 1, 2000. In accordance with university policy, the period of August 1, 1999 through June 30, 2000 will not count toward

your probationary term. You will be notified no later than twelve months before the end of your seventh continuous year of employment whether you will be recommended for permanent tenure; the decision to confer, or not to confer, permanent tenure will be made in the 2005-2006 academic year, providing your employment is continuous, according to the procedures outlined in the <u>Faculty Manual</u>. Please be aware that satisfactory progress-toward-tenure statements in no way imply that the university will confer tenure.

We certainly hope that you will be able to produce the requisite scholarly work and submit requests for and obtain the extramural funding necessary to continue your research. We would urge you to seek the advice and opinion of senior faculty who have been successful in the area of teaching and those who have been successful in the area of research to enhance your ability to succeed in this process. It is absolutely essential that you demonstrate success in establishing the credentials necessary for granting promotion to the rank of Associate Professor with tenure. We wish you the best of success in this endeavor.

Sincerely,

David A. Taylor, Ph.D.  
Department Chair

Abdel A. Abdel-Rahman  
Chair, Personnel Committee

cc: Vice Chancellor for Health Sciences  
    Interim Dean, School of Medicine  
    Chair, Personnel Committee, Department of Pharmacology and Toxicology

Note: The signature below signifies that the faculty member has received and read this report. It does not necessarily indicate agreement with its contents.

Report Received _____    Date 28-05-03