

Department of Pharmacology and Toxicology

The Brody School of Medicine
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

April 27, 2004

Dr. Tatyana Ivanova-Nikolova
Department of Pharmacology and Toxicology
Brody School of Medicine
East Carolina University

Dear Dr. Ivanova-Nikolova:

In accordance with Appendix D of the Faculty Manual, this letter informs you, as a non-tenured faculty member in a probationary term, of your progress toward tenure. You should review the criteria for faculty tenure contained in Appendix D of the Faculty Manual, provided to you at the time of employment and the School of Medicine Governance Code amended in July, 2002. In addition, you should review the approved promotion and tenure guidelines for our department. If you cannot locate your copy of these documents, please contact one of us immediately. It is important that you review these guidelines, because our failure to reference a specific area in the progress report, which is intended to be general, does not invalidate any requirements for conferral of permanent tenure.

Teaching/Advising. As we have mutually agreed, the relative weight assigned to your teaching responsibilities in the department is 25% in order to permit you to focus on developing the laboratory research program. This past year you presented a new lecture to Medical students in addition to your contribution to the teaching mission of the department with the Physician's Assistant students. The overall evaluation of your teaching effectiveness by the students continues to improve which suggests that you are making an effort to increase your teaching effectiveness. The quantitative student evaluations of your instruction in that course were satisfactory and identified your knowledge and preparation as particular strengths. In addition to the lecture on ion channels as molecular targets for drugs that was delivered to the Medical students, you also served as a small group leader for Medical Pharmacology. Of particular importance to your teaching contribution is your role as the course director for the Molecular Pharmacology course for graduate students in which you provided 10 hours of lecture. In addition, this past year you provided 2 hours of lecture in the Pharmacology of the Central Nervous system course. Your contributions to the department teaching mission are still modest but are beginning to increase. As the quality of your teaching improves, we hope that you will be able to successfully take on additional teaching commitments that would be consistent with a much higher level of effort. Your efforts to enhance your teaching quality are appreciated and we hope that you will succeed in your development as an educator.

Research/Creative Activity. The relative weight assigned to your research effort that we mutually agreed upon was 65%. During the past year your productivity in research has improved but is still of significant concern with respect to achieving promotion and tenure. You have been successful in

publishing 1 manuscript in a high impact journal. In addition, there is one manuscript in revision and three manuscripts in preparation. It will be absolutely essential for you to be extremely diligent and aggressive in publishing these manuscripts. Your research has been presented locally at the Neuroscience chapter meeting this past year. This level of productivity is a departure from the absence of demonstrable productivity observed over the past few years but will need to be increased significantly as you approach the time for a critical decision to be made. You have also submitted two research proposals for consideration by funding agencies during the past year. Your effort to expand the agencies from which you are requesting support to include both the National Science Foundation and the National Institutes of Health represents a very positive step in the process. We also encourage you to search for and consider alternative sources of funding such as foundations or private firms that may be able to provide small amounts of extramural funding for specific projects for which you are adequately skilled. We know that you must be aware that while your productivity has increased relative to that observed in the past, it imperative that the level of productivity be elevated even further. The period of time over which your productivity was reduced could be a serious gap that may be difficult to fill substantially enough by beginning to demonstrate productivity at this late date. Success in the promotion and tenure process depends upon the demonstration of a sustained effort and success in publishing and obtaining extramural funding. The current level of productivity is improved but will need to be elevated even further to meet the requirements for promotion and tenure. It is also a very positive sign that you have begun to seek other investigators within the school for collaboration since it may offer additional funding opportunities but there is still some concern that the laboratory is isolated from others in the department. Sustained productivity in research is vital to your development not only professionally but also as part of the promotion and tenure process. We hope that you will continue to elevate your efforts in this regard in order to be successful in both areas.

**Professional Service.** The relative weight assigned to your professional service responsibilities was 10%. You serve with the other graduate faculty in the department as a member of the Graduate Studies Committee. This is an important contribution and commitment on your part to the department. You also serve the department through your willingness to act as the course director for the Molecular Pharmacology course. Your professional service contributions to the department are consistent with the level of effort devoted to service and for the length of time of your appointment.

Overall, as a faculty member who is completing your fourth year of the probationary term, your progress toward tenure has improved slightly but still is a source of concern. While your productivity has increased over the past year with successful publications of your research and the submission of two major grant applications, it is still imperative that you increase your efforts to generate support for your laboratory and publish the results of your research. Since this represents the final reappointment period before a final decision must be made, you must be aware that qualification for promotion to the rank of Associate Professor is expected at the time of consideration for permanent tenure. It is important to remember that the criteria for such a promotion are based upon demonstrated excellence or continual development toward excellence in teaching, research and service. According to Appendix D, conferral of permanent tenure without promotion to Associate Professor would be very unusual. We appreciate your contributions to the department during your term of appointment with us and wish you success during the coming years in achieving those goals that have been established.

As an Assistant Professor appointed on August 1, 1999, your probationary term began on July 1, 2000. In accordance with university policy, the period of August 1, 1999 through June 30, 2000 will not count toward your probationary term. You will be notified no later than twelve months before the end of your seventh continuous year of employment whether you will be recommended for permanent tenure; the decision to confer, or not to confer, permanent tenure will be made in the 2005-2006 academic year, providing your employment is continuous, according to the procedures outlined in the Faculty Manual. Please be aware that satisfactory progress-toward-tenure statements in no way imply that the university will confer tenure.

We certainly hope that the productivity that you have displayed during the past year will serve as an appropriate stimulus to continue your efforts to publish your research and obtain the extramural funding necessary to continue your research. We would also urge you to utilize the input of senior faculty in the department who have been successful in research and teaching to assist you in further developing your skills in each of these areas. As the time for critical decisions rapidly approaches, it is vital that you demonstrate your ability to succeed in achieving the requirements for promotion to the rank of Associate Professor with tenure. We wish you the best of success in this endeavor.

Sincerely,

David A. Taylor, Ph.D.
Department Chair

Abdel A. Abdel-Rahman, Ph.D.
Chair, Personnel Committee

cc:    Vice Chancellor for Health Sciences
      Dean, School of Medicine

Note: The signature below signifies that the faculty member has received and read this report. It does not necessarily indicate agreement with its contents.

Report Received _____     Date May 4, 2004