

Department of Pharmacology and Toxicology

**The Brody School of Medicine**
East Carolina University
Brody Medical Sciences Building ▪ Greenville, NC 27858-4354
252-744-3301 office ▪ 252-744-3203 fax

April 29, 2005

Dr. Tatyana Ivanova-Nikolova
Department of Pharmacology and Toxicology
Brody School of Medicine
East Carolina University

Dear Dr. Ivanova-Nikolova:

  In accordance with Appendix D of the Faculty Manual, this letter informs you, as a non-tenured faculty member in a probationary term, of your progress toward tenure. You should review the criteria for faculty tenure contained in Appendix D of the Faculty Manual, provided to you at the time of employment and the School of Medicine Governance Code amended in July, 2002. In addition, you should review the approved promotion and tenure guidelines for our department. If you cannot locate your copy of these documents, please contact one of us immediately. It is important that you review these guidelines, because our failure to reference a specific area in the progress report, which is intended to be general, does not invalidate any requirements for conferral of permanent tenure. It is also important to note that the extension of your probationary term that you have requested has been granted to enable you to attract the extramural funding to support your laboratory since a lack of extramural support has been a deficiency noted in performance for some time. We wish you the best of success in this regard and hope that the extension will permit you to obtain extramural funding for your laboratory.

Teaching/Advising. The relative weight that we mutually agreed upon for your teaching responsibilities in the department is 25%. This has not been expanded at any point in order to permit you to focus on developing and supporting your laboratory research program. You have continued to present 4 hours of lecture in PADP 6500 (Pharmacotherapeutics for Physician's Assistant students) as well as present one hour to medical students and serve as a medical student small group leader. In addition, you provided 12 hours of lecture to graduate students in PHAR 6660 (Cardiovascular Pharmacology) and 1 hour of lecture in BIOL 6880 (Introduction to Research). Student evaluations continue to improve suggesting that you are putting forth effort to increase your effectiveness as a teacher. You have also expanded your exposure to both campuses which will broaden your experience. Your contributions to the department teaching mission are still modest as we discussed in order to develop a successful research program. However, your contributions to the teaching mission continue to increase and with that additional exposure, the quality appears to improve. At this stage of your career development, we hope that you will continue to enhance your teaching quality and quantity. Most of your interaction with graduate students and the graduate program is currently didactic through teaching in several courses designed for this student population. It will be helpful for the future success of your research program to begin to work toward making your laboratory more inviting as a place for graduate students to

Case 4:08-cv-00209-BR   Document 37-13   Filed 12/01   Defendant's Exhibit 6

conduct dissertation research. Please feel free to discuss mechanisms by which this can be accomplished with me or other faculty members in the department.

**Research/Creative Activity.** The relative weight assigned to your research effort that we mutually agreed upon was 65%. Over the past year your productivity in research, as evidenced by another manuscript published in a highly reputable journal, has continued to improve. However, as you indicated in your request for an extension, your ability to generate extramural support for your research program and your general productivity in terms of published manuscripts since you began continues to be a source of concern for achieving promotion and tenure. In addition to your publications, you have made presentations of your research at local and national meetings and, it is clear, that your efforts are being recognized by many workers in the field. In addition to continuing to publish your work, it is essential that you focus your efforts on obtaining extramural funding. You have concentrated your efforts in that regard for the past year with the submission of 7 (seven) grant proposals. It is noteworthy that you have expanded your efforts to submit proposals to funding agencies other than the NIH which will certainly be helpful to obtain funding in the future. You have acknowledged the need to obtain extramural support for your laboratory as an integral part of the promotion and tenure process and hope that the extension of your probationary term will provide you the additional time necessary to attract the funding that you identified was essential. We wish you the highest level of success and urge you to consider all forms of funding agencies as potential sources. You have also shown much more flexibility by making the effort to collaborate with other investigators (especially clinical investigators) who are associated with one of the large centers that is currently under development. This could provide an opportunity to work in conjunction with clinical faculty, which would also improve the potential to obtain extramural support. We hope that you will succeed in this endeavor and that the extension of your probationary period is exactly what is necessary to move your research program forward.

**Professional Service.** The relative weight assigned to your professional service responsibilities was 10%. You serve as a member of the department Graduate Studies Committee and the school wide Women in Medicine committee which are important contributions on behalf of the department. You also served as a reviewer for the American Heart Association Mid-Atlantic consortium, which provides additional evidence of the recognition that your research program is beginning to achieve. Your professional service contributions for the department are modest and consistent with the level of effort devoted to service and the need to focus attention and effort on publishing manuscripts and obtaining external support for your research program.

    As a faculty member completing your fifth year of the probationary term, your progress toward tenure has continued to improve but still remains a source of concern. The acceptance of your request to extend your probationary term will hopefully provide the necessary time to permit the recent elevation in productivity to obtain the external support necessary to be in compliance with the requirements for promotion and tenure within the Department of Pharmacology and Toxicology. It is essential that you focus your attention on your research productivity and research proposal submissions in order to take advantage of this additional time. It is important to remember that the criteria for promotion to the rank of Associate Professor are expected at the time the decision process occurs and that those criteria are based upon demonstrated excellence or continual development toward excellence in teaching, research and service. According to Appendix D, conferral of permanent tenure without promotion to Associate Professor would be very unusual. We appreciate your contributions to the department during your term of appointment with us and wish you success during the coming year in achieving those goals that have been established.

As an Assistant Professor appointed on August 1, 1999, your probationary term began on July 1, 2000. In accordance with university policy, the period of August 1, 1999 through June 30, 2000 will not count toward your probationary term. With the approval of the extension of your probationary term, you will be notified no later than twelve months before the end of your eighth continuous year of employment whether you will be recommended for permanent tenure; the decision to confer, or not to confer, permanent tenure will be made in the 2006-2007 academic year, providing your employment is continuous, according to the procedures outlined in the Faculty Manual. Please be aware that satisfactory progress-toward-tenure statements in no way imply that the university will confer tenure.

We hope that the significant increase in your productivity and the approval of the extension to your probationary term will provide you the necessary time and appropriate impetus to succeed in meeting the requirements necessary for promotion to the rank of Associate Professor. Your success in this effort will obviously require a significant focus of your attention on the task at hand and may depend upon your ability to develop effective collaborations with others. We certainly wish you the best of success in this endeavor.

Sincerely,

David A. Taylor, Ph.D.
Department Chair

Abdel A. Abdel-Rahman, Ph.D.
Chair, Personnel Committee

cc: Vice Chancellor for Health Sciences
    Dean, School of Medicine

Note: The signature below signifies that the faculty member has received and read this report. It does not necessarily indicate agreement with its contents.

Report Received _____    Date May 12, 2005