

**Department of Pharmacology and Toxicology**

**The Brody School of Medicine**
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

April 26, 2006

Dr. Tatyana Ivanova-Nikolova
Department of Pharmacology and Toxicology
Brody School of Medicine
East Carolina University

Dear Dr. Ivanova-Nikolova:

In accordance with Appendix D of the <u>Faculty Manual</u>, this letter informs you, as a non-tenured faculty member in a probationary term, of your progress toward tenure. You should review the criteria for faculty tenure contained in Appendix D of the <u>Faculty Manual</u>, provided to you at the time of employment and the School of Medicine Governance Code amended in July, 2002. In addition, you should review the approved promotion and tenure guidelines for our department. If you cannot locate your copy of these documents, please contact one of us immediately. It is important that you review these guidelines, because our failure to reference a specific area in the progress report, which is intended to be general, does not invalidate any requirements for conferral of permanent tenure. It is also important to note that the extension of your probationary term that you have requested has been granted to enable you to attract the extramural funding to support your laboratory since a lack of extramural support has been a deficiency noted in performance for some time. We wish you the best of success in this regard and hope that the extension will permit you to obtain extramural funding for your laboratory.

**Teaching/Advising.** The relative weight that we mutually agreed upon for your teaching responsibilities in the department is 25%. This was reduced slightly during the past year to permit you to focus on obtaining extramural support for your laboratory research program. You have, however, continued to deliver 4 hours of lecture in PADP 6500 (Pharmacotherapeutics for Physician's Assistant students) and serve as the course director for PHAR 6610 (Basic Mechanisms of Drug Action) in which you delivered 10 hours of lecture to graduate students. You also provided 1 hour of lecture and a 4 hour demonstration of patch clamp recording to graduate students in PHAR 6670 (Research Techniques) as well as 1 hour of lecture to undergraduate biology students. Your service as a small group leader in Medical Pharmacology during the past year was reduced to that of a substitute to permit even greater emphasis on obtaining funding. Your contributions to the department teaching mission are still considered modest and were further reduced at your request to permit you to devote more effort to obtaining the necessary funding to support your research program during this critical year. Your interaction with graduate students is mainly through didactic involvement with courses that are part of the graduate curriculum. The department has developed mechanisms by which students have exposure and rotate in each laboratory, thereby making your laboratory and research program available as a place for graduate students to conduct their dissertation research.

**Research/Creative Activity.** The relative weight assigned to your research effort that we mutually agreed upon was 65%. Your request for a one year extension of the probationary period was granted to permit you additional time to generate the publications and extramural support necessary to achieve promotion and tenure. During this past year you submitted 4 (four) grant proposals to a variety of extramural funding agencies including funding sources other than the NIH. Two were not funded but one has already been revised and resubmitted for review. This type of effort and the submission to multiple agencies will certainly increase the opportunity to obtain funding at this very critical time. You also submitted a proposal to the Division of Research and Graduate Studies program for research development grants at East Carolina University. These efforts demonstrate your desire to meet the obligation of obtaining extramural funding. You have submitted only 1 manuscript during the past year as most of your effort was devoted to obtaining the extramural funding that you have acknowledged is a necessary and integral part of the promotion and tenure process. It is important to remember that publication of your research findings is also a vital component of the process and hope that you can be successful in obtaining acceptance of the manuscript that is currently in review. This is a critical time in your progress and we wish you the highest level of success in attracting the funding that you identified was essential and in publishing the results of your efforts.

**Professional Service.** The relative weight assigned to your professional service responsibilities was 10%. You serve as a member of the department Graduate Studies Committee and the Women in Medicine committee at the Brody School of Medicine. These are important contributions on behalf of the department. You also served as a reviewer for the United States-Israel Binational Agricultural Research and Development Fund which is further evidence of the recognition that your research program is beginning to achieve. Your professional service contributions are modest but consistent with the level of effort devoted to service and the need to focus attention and effort on publishing manuscripts and obtaining external support for your research program.

As a faculty member completing the sixth and additional year of your probationary term, your progress toward tenure still remains a source of concern. During the extension of your probationary term you have made an effort to obtain the necessary external support. Obtaining that extramural support would enable you to be in compliance with the departmental guidelines for promotion and tenure. It is important to remember that the credentials for tenure and promotion to the rank of Associate Professor will be evaluated at the time the decision process occurs. According to Appendix D, conferral of permanent tenure without promotion to Associate Professor would be very unusual. We appreciate your contributions to the department and wish you success during this critical year in your career.

As an Assistant Professor appointed on August 1, 1999, your probationary term began on July 1, 2000. In accordance with university policy, the period of August 1, 1999 through June 30, 2000 will not count toward your probationary term. With the extension of your probationary term, you will be notified no later than twelve months before the end of your eighth continuous year of employment whether you will be recommended for permanent tenure; the decision to confer, or not to confer, permanent tenure will be made in the 2006-2007 academic year, providing your employment is continuous, according to the procedures outlined in the Faculty Manual. Please be aware that satisfactory progress-toward-tenure statements in no way imply that the university will confer tenure.

We hope that the extension to your probationary term has provided the time necessary to succeed in meeting the requirements for tenure and promotion to the rank of Associate Professor. As we begin this critical year of decision, we certainly wish you the best of success.

Sincerely,

David A. Taylor, Ph.D.
Department Chair

Abdel A. Abdel-Rahman, Ph.D.
Chair, Personnel Committee

cc: Vice Chancellor for Health Sciences
Dean, School of Medicine
Chair, Personnel Committee, Department of Pharmacology and Toxicology

Note: The signature below signifies that the faculty member has received and read this report. It does not necessarily indicate agreement with its contents.

Report Received _____  Date May 05, 2006