The Brody School of Medicine

Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

## Memorandum

From: Abdel A. Abdel-Rahman, Ph.D.
Chair, Personnel Committee

To: David A. Taylor, Ph.D.

Date: April 27, 2005

RE: Extension of Dr. Nikolova's Probationary period

The personnel committee convened on April 26, 2005 to discuss Dr. Nikolova's request for extending her probationary period one year. The committee has voted in favor of Dr. Nikolova's request with the understanding that she will fulfill the commitments delineated in her request letter. Based on this recommendation and pending approval of her request, the committee will start the process of promotion and tenure in the Spring of 2006. Nonetheless, to be prudent, the committee has also compiled a list of four external reviewers to be used for starting the process this year in case Dr. Nikolova's request is denied. Please let me know if you have any questions.