

Office of the Vice Chancellor for Health Sciences
East Carolina University
AD-48 Brody Medical Sciences Building • Greenville, NC 27834
252-744-2984 office • 252-744-3192 fax

May 17, 2005

Tatyana Ivanova-Nikolova, PhD
Department of Pharmacology & Toxicology
Brody School of Medicine
East Carolina University
Greenville, NC 27834

Dear Dr. Ivanova-Nikolova:

I am pleased to notify you that your request dated April 22, 2005 to extend your probationary term has been approved. Your probationary term will be extended for one academic year. As a result of this extension, your present faculty appointment is extended through June 30, 2008.

The external review process for tenure that was previously scheduled for Spring 2005 will change to Spring 2006. You will be notified before the end of the 2006-07 year (June 30, 2007) whether or not permanent tenure will be conferred.

If you have any questions, please feel free to contact Susan Heath at 744-2266.

Sincerely yours,

Michael J. Lewis, MD, PhD
Vice Chancellor for Health Sciences

/sh

Cc: Dr. David Taylor, Chair ✓
Dr. Abdel Abdel-Rahman, Personnel Committee Chair
Personnel File

East Carolina University is a constituent institution of the University of North Carolina. An Equal Opportunity/Affirmative Action Employer.

Case 4:08-cv-00209-BR   Document 37-17   Filed 12/0   Defendant's Exhibit 10