

The Brody School of Medicine
Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

MEMORANDUM

TO: David A. Taylor, Ph.D., Chairman
Department of Pharmacology

FROM: A-R. A. Abdel-Rahman, Ph.D., Personnel Committee Chairman
Department of Pharmacology

DATE: November 6, 2006

RE: Results of Tenure Committee Vote on Permanent Tenure for Dr. Tatyana Ivanova-Nikolova

The Tenure Committee for this personnel recommendation consists of tenured faculty members who meet the requirements defined in Appendix D. After reviewing the candidate's PAD, the Tenure Committee members voted in accordance with <u>Robert's Rules of Order, Newly Revised</u>. This is to inform you that a majority of the Tenure Committee does not recommend permanent tenure for Dr. Tatyana Ivanova-Nikolova.



The Brody School of Medicine
Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-744-3301 office • 252-744-3203 fax

MEMORANDUM

TO: David A. Taylor, Ph.D., Chairman
Department of Pharmacology

FROM: A-R. A. Abdel-Rahman, Ph.D., Personnel Committee Chairman
Department of Pharmacology

DATE: November 6, 2006

RE: Results of Promotion Committee Vote on Promotion for Dr. Tatyana Ivanova-Nikolova

The Promotion Committee for this personnel recommendation consists of faculty members who meet the requirements defined in Appendix D. After reviewing the candidate's PAD, the Promotion Committee members voted in accordance with Robert's Rules of Order, Newly Revised. This is to inform you that a majority of the Promotion Committee recommends that Dr. Tatyana Ivanova-Nikolova not be promoted to Associate Professor.