

The Brody School of Medicine

Department of Pharmacology and Toxicology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27834
252-744-3301 office • 252-744-3203 fax

# Memorandum

**To:** Dr. Tatyana Ivanova-Nikolova, Assistant Professor

**From:** D.A. Taylor, Ph.D., Professor and Chair

**Date:** 12/4/2006

**Re:** Request for Adding Material to the Personnel Action Dossier

---

I have reviewed the material that you have requested be added to the Personnel Action Dossier (PAD) for consideration by the BSOM Tenure and Promotion Committee. As I indicated in our discussion of November 29, 2006 and again on December 1, 2006, I believe that you have the right to add material to the PAD and, therefore, I have forwarded the material that you have provided to the chair of the Promotion and Tenure Committees of the department for consideration and have obtained the PAD and copies of it that were provided to Dean's office for consideration by the BSOM Tenure and Promotion Committee. I would request that after the department committees reconsider the added material that you review the PAD to insure that it contains all of the information that you feel is pertinent.

Cc: Dr. Abdel Abdel-Rahman, Chair, Department of Pharmacology and Toxicology Personnel Committee