Department of Pharmacology and Toxicology
The Brody School of Medicine
East Carolina University
Room 6S10
600 Moye Blvd.
Greenville, NC 27834-4354
David A. Taylor, Ph.D.
Professor and Chairman
252-744-2734

**Pharmacology Faculty**
Abdel Abdel-Rahman, Ph.D.
Saeed Dar, Ph.D.
James Gibson, Ph.D.
Tatyana Ivanova-Nikolova, Ph.D.
Mona McConnaughey, Ph.D.
Brian McMillen, Ph.D.
Ken Soderstrom, Ph.D.
Rukiyah Van Dross, Ph.D.

**Emeritus Faculty**
Donald Barnes, Ph.D.
Alphonse Ingenito, Ph.D.
Robert Myers, Ph.D.
Wallace Wooles, Ph.D.

**Website Address:**
www.ecu.edu/pharmacology

**Phone:**
252-744-2734

**Fax:**
252-744-3203

December 6, 2006

From: Abdel A. Abdel-Rahman, Ph.D.
Chair, Personnel Committee

To: David A. Taylor, Ph.D.
Chair, Department of Pharmacology and Toxicology

Re: Dr. Tatyana Ivanova-Nikolova's supplemental materia

The personnel and tenure committees have reviewed the supplemental material, received on December 5, 2006, which is attached to Dr. Nikolova's letter dated December 1, 2006. This is to inform you that the recommendations of the personnel and tenure committees, forwarded to you in memoranda dated November 6, 2006, remain unchanged. In the earlier meeting, November 6, 2006, and in today's meeting, which dealt with the supplemental material, the deliberations, and the recommendations of the two committees have been based on the material submitted by Dr. Nikolova, the departmental guidelines for tenure and promotion (from Assistant to Associate Professor), as well as the reasons Dr. Nikolova had provided for her request for an extension of the probationary period (see committee's recommendation to grant extension). These documents are attached. Please let me know if you have any questions.

Attachments:

1. Departmental guidelines for Tenure and Promotion
2. Dr. Nikolova's request to extend probationary period
3. Departmental Committee's recommendation to grant extension
4. letter from Vice Chancellor (extension of probationary period)

Case 4:08-cv-00209-BR   Document 37-21   Filed 12/0Defendant's Exhibit 14