

**The Brody School of Medicine**

**Department of Pharmacology and Toxicology**
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27834
252-744-3301 office • 252-744-3203 fax

# Memorandum

**To:** Dr. Tatyana Ivanova-Nikolova, Assistant Professor

**From:** D.A. Taylor, Ph.D., Professor and Chair

**Date:** 12/6/2006

**Re:** Request for Adding Material to the Personnel Action Dossier

---

The Department of Pharmacology and Toxicology Personnel Committee and Tenure Committee have reviewed the material that you requested be added to your Personnel Action Dossier. The committees have reviewed the PAD in light of this additional material and have not altered the original decision to recommend that you not be promoted or granted tenure. I have concurred with that decision and the material has been added to the PAD that will be reviewed by the school-wide Tenure and Promotion Committee.

Cc: Dr. Abdel Abdel-Rahman, Chair, Department of Pharmacology and Toxicology Personnel Committee