

**The Brody School of Medicine**
**Department of Pharmacology and Toxicology**
**East Carolina University**
**Brody Medical Sciences Building • Greenville, NC 27858-4354**
**252-744-3301 office • 252-744-3203 fax**

MEMORANDUM

TO:      Phyllis N. Horns, RN, DSN, FAAN
            Interim Dean, Brody School of Medicine
            Interim Vice Chancellor for Health Sciences Division

FROM:   David A. Taylor, PhD, Department Chairman
            Department of Pharmacology

DATE:    December 6, 2006

RE:       Dr. Tatyana Ivanova-Nikolova's Tenure Application

I have reviewed the candidate's PAD with the additional material and I recommend that Dr. Tatyana Ivanova-Nikolova not be granted permanent tenure. In accordance with Appendix D.IV., I am forwarding this recommendation to you along with the attached recommendation from the Tenure Committee.

I have reviewed the candidate's PAD and I
✓ concur/ ___ do not concur with the recommendation of the Department Chairman that Dr. Tatyana Ivanova-Nikolova not be granted permanent tenure.
✓ concur/ ___ do not concur with the recommendation of the Tenure Committee that Dr. Tatyana Ivanova-Nikolova not be granted permanent tenure.

_____       3-7-07
Phyllis N. Horns, RN, DSN, FAAN
Interim Dean, Brody School of Medicine
Interim Vice Chancellor for Health Sciences Division

cc:    Dr. Tatyana Ivanova-Nikolova
       Dr. Abdel Abdel Rahman
       Dr. David Taylor
       Dr. Phyllis Horns



**The Brody School of Medicine**
**Department of Pharmacology and Toxicology**
**East Carolina University**
**Brody Medical Sciences Building ● Greenville, NC 27858-4354**
**252-744-3301 office ● 252-744-3203 fax**

MEMORANDUM

TO:     Phyllis N. Horns, RN, DSN, FAAN
          Interim Dean, Brody School of Medicine
          Interim Vice Chancellor for Health Sciences Division

FROM:  David A. Taylor, PhD, Department Chairman
          Department of Pharmacology

DATE:   December 6, 2006

RE:      Dr. Tatyana Ivanova-Nikolova Promotion Application

I have reviewed the candidate's PAD with the additional material and I recommend that Dr. Tatyana Ivanova-Nikolova not be promoted to the rank of Associate Professor. In accordance with Appendix D, IV, I am forwarding this recommendation to you along with the attached recommendation from the Promotion Committee.

I have reviewed the candidate's PAD and I
✓ concur/ ___ do not concur with the recommendation of the Department Chairman that Dr. Tatyana Ivanova-Nikolova not be promoted to Associate Professor.
✓ concur/ ___ do not concur with the recommendation of the Promotion Committee that Dr. Tatyana Ivanova-Nikolova not be promoted to Associate Professor.

Phyllis N. Horns, RN, DSN, FAAN        3-7-07
Interim Dean, Brody School of Medicine     Date
Interim Vice Chancellor for Health Sciences Division

cc:   Dr. Tatyana Ivanova-Nikolova
      Dr. Abdel Abdel Rahman
      Dr. David Taylor
      Dr. Phyllis Horns