

Office of the Vice Chancellor for Health Sciences
East Carolina University
AD-48 Brody Medical Sciences Building • Greenville, NC 27834
252-744-2984 office • 252-744-3192 fax

March 8, 2007

Tatyana Ivanova-Nikolva, PhD
Department of Pharmacology
Brody School of Medicine
East Carolina University
Greenville, NC 27834

Dear Dr. Ivanova-Nikolva:

Having carefully evaluated your PAD and having reviewed the recommendations on your behalf from the Department of Pharmacology, this informs you of my decision to concur with the recommendation of your departmental Personnel Committee and Chair not to recommend promotion and of my decision to concur with the recommendation of your departmental Personnel Committee and Chair not to recommend conferral of permanent tenure for you. Therefore, the 2007-08 academic year will be your terminal year of employment as a faculty member at East Carolina University.

This decision is final except it may later be reviewed in accordance with the provisions of Appendix D, Section V, or the grievance procedure of Appendix Y of the East Carolina University Faculty Manual.

You should know that I take this action with deep regret and with the very strongest wishes for your personal and professional success in the future.

Sincerely yours,

Phyllis N. Horns, RN, DSN, FAAN
Interim Dean, Brody School of Medicine
Interim Vice Chancellor for Health Sciences

/jwt

cc: David A. Taylor, PhD

East Carolina University is a constituent institution of the University of North Carolina. An Equal Opportunity/Affirmative Action Employer.

Case 4:08-cv-00209-BR   Document 37-24   Filed 12/0 Defendant's Exhibit 17