Department __0012__   Faculty-ID # __0026__   Date __4-11-02__

## STUDENT EVALUATION OF BLOCKS OF LECTURES
## COMMENTS

Topic: _____

Faculty member strengths: She answered questions despite being antagonized by other faculty members in class, one of which was very disrespectful in a comment he made to her.

Suggestions for improvement: She should make the lecture material more concise. Studying her information was like reading a novel.

Additional comments: She needs more practice for teaching, and also guidance on how to present info.

Student Status:     ____ MD Student     ____ PhD Student     __X__ Other Learner

Approved by the School of Medicine Faculty 4/30/97