# Department of Pharmacology

## Research Space

Source: Office of Campus Space Planning

| BLDG | Room Number | Room Suffix | Description | NASF | Use Code | PI or Department | Assigned to | User Home department | User | Comments |
|------|-------------|-------------|-------------|------|----------|------------------|-------------|----------------------|------|----------|
| LS | 00243 | | PROCEDURE LAB | 324 | 250 | Abdel-Rahman | Surgery | Pharmacology | Pharmacology | |
| MS | 06E81 | | Miscroscope | 24 | 250 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06E122 | | DARK ROOM | 171 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06E128 | | LAB | 497 | 250 | McMillen | Pharmacology | Pharmacology | Pharmacology | |
| MS | 04W29 | | lab | 542 | 250 | Mustafa | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S07 | | EQUIPMENT ROOM | 412 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S11 | | LAB | 499 | 250 | Ivanova-Nikolova | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S15 | | LAB | 500 | 250 | Vandross | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S16 | | LAB | 563 | 250 | Taylor | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S17 | | LAB | 410 | 250 | Taylor | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S18 | | LAB | 505 | 250 | Dar | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S19 | | EQUIPMENT ROOM | 131 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S23 | A | FREEZER | 33 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S23 | | COLD ROOM | 117 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S25 | | Tissue Culture | 150 | 255 | Pharmacology | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S26 | | LAB | 496 | 250 | Mustafa | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S28 | | LAB | 496 | 250 | Gibson | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S36 | A | Tissue Culture | 97 | 255 | Soderstrom | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S36 | | LAB | 391 | 250 | Soderstrom | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06S38 | | LAB | 495 | 250 | Soderstrom | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W27 | | LAB | 535 | 250 | Mustafa | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W29 | | Tissue Culture | 139 | 250 | Mustafa | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W35 | | LAB | 545 | 250 | Barnes | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W48 | | LAB | 565 | 250 | Vacant | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W52 | | LAB | 550 | 250 | Abdel-Rahman | Pharmacology | Pharmacology | Pharmacology | |
| MS | 06W58 | | LAB | 575 | 250 | Abdel-Rahman | Pharmacology | Pharmacology | Pharmacology | |
| MS | 0GE08 | A | PROJECT LABORATORY | 74 | 250 | Pharmacology | Comparative Med | Pharmacology | Pharmacology | |
| | | | **Total Square Footage** | **9,836** | | | | | | |



**Defendant's Exhibit 24**