

**EAST CAROLINA UNIVERSITY**

David A. Taylor, Ph.D.
Professor and Chairman
252-744-2734

Pharmacology Faculty
Abdel Abdel-Rahman, Ph.D.
Saeed Dar, Ph.D.
James Gibson, Ph.D.
Tatyana Ivanova-Nikolova, Ph.D.
Mona McConnaughey, Ph.D.
Brian McMillen, Ph.D.
Ken Soderstrom, Ph.D.
Rukiyah Van Dross, Ph.D.

Emeritus Faculty
Donald Barnes, Ph.D.
Alphonse Ingenito, Ph.D.
Robert Myers, Ph.D.
Wallace Wooles, Ph.D.

Website Address:
www.ecu.edu/pharmacology

Phone:
252-744-2734

Fax:
252-744-3203

Department of Pharmacology and Toxicology
The Brody School of Medicine at East Carolina University
Room 6S10
600 Moye Blvd.
Greenville, NC 27834-4354

# Memorandum

**To:** Department of Pharmacology and Toxicology Faculty
**From:** D. A. Taylor, Ph.D., Chairman
**Date:** May 16, 2008
**Re:** Annual Evaluation 2007-2008

Attached you will find a copy of your individual annual evaluation for the past academic year (2007 – 2008) that was developed from information that you provided through your annual report. I provided each of you with a copy of the Unit Annual Report that I submitted to the Dean on behalf of the Department of Pharmacology and Toxicology. As indicated in that report, I believe the department performed very well this past year. I want to thank each of you for your contributions to all of the missions of the department. I appreciate what each of you has done to make this department what it is today. Thanks for the time and effort you devote to the department.

Each one of you needs to indicate that you have received the attached annual evaluation by signing the form in the space provided. Please return the signed form to the office as soon as possible since they need to be delivered to Health Sciences Personnel Administration by June 15, 2008. I would like to arrange a meeting with each of you to discuss the evaluation and to define goals and expectations for the coming year. Please schedule an appointment to meet with me through Ms. Wynne. I look forward to meeting with you. Thank you again for your efforts to department.

**Defendant's Exhibit 26**

# INDIVIDUAL FACULTY EVALUATION: 2007 - 2008
(for use by the Brody School of Medicine only)

| Name: Tatyana Ivanova-Nikolova | College/School Division: Brody School of Medicine |
|---|---|
| Department: Pharmacology and Toxicology | |

## A. Evaluation Summary

| | Percent Time | Qualitative Evaluation | Numerical Equivalent | Relative Weights (enter as a decimal) | = Totals |
|---|---|---|---|---|---|
| Teaching: | 25 | Fair | 2.5 | X 0.25 | = 0.63 |
| Research/ Creative Activity: | 65 | Good | 2.5 | X 0.65 | = 1.63 |
| Service: | 10 | Fair | 2.5 | X 0.10 | = 0.25 |
| Patient Care: | NA | | | X | = 0.00 |
| Other Duties: | NA | | | X | = 0.00 |
| | | | Cumulative Totals | = 1.00 * | = 2.51 ** |

*Must total 1.0     **Must not exceed 5.0

Overall: <u>Fair</u>

## B. Justification

**Teaching:** (Please include comments on advising here.): The evaluation of Dr. Ivanova-Nikolova's contributions to the teaching mission of the department are based upon information that has been obtained from sources other than an Annual Report since such a report was not provided. Dr. Ivanova-Nikolova served as a small group facilitator for M2 students and presented 3 hours of lecture in PADP 6500 (Pharmacology and Pharmacotherapeutics) that was for Physician's Assistant students. Dr. Ivanova-Nikolova provided a laboratory rotation for a student in the graduate program but her teaching load was reduced by permitting her to not direct PHAR 6610 (Basic Mechanisms of Drug Action) and not participate in PHAR 6660 (Cardiovascular Pharmcology). Dr. Ivanova-Nikolova did not contribute a substantial amount to the teaching mission of the department but in those areas that she did contribute she performed satisfactorily.

**Research/Creative Activity:** Dr. Ivanova-Nikolova published 1 manuscript during the past year that appeared in a high impact journal. She submitted 1 grant proposal that we are aware of. In the absence of any formal report of activity it is difficult to evaluate performance beyond what is known. It would appear that Dr. Ivanova-Nikolova contributed to the Research and Creative Activity of the Department of Pharmacology and Toxicology at a level consistent with her past contributions.

**Service:** Dr. Ivanova-Nikolova served a member of the Graduate Studies Committee in the department. In the absence of an Annual Report of Activity additional service contributions cannot be identified. It must be assumed that the level of service contribution would be very modest at best and consistent with past levels of service contribution.

**Defendant's Exhibit 26**

**Patient Care:** Not applicable

**Other Duties:** Not applicable

**Overall:** Dr. Ivanova-Nikolova did not provide an Annual Report of Activity so that little assessment of her performance can be made beyond what is easily documented. She published one manuscript and submitted at least one grant and performed some teaching. Her contributions to the department are to commended.

Approved and submitted by: _____ Date: _____

Faculty Member's Signature: _____ (please see below) Date: June 09/2008
(does not necessarily imply concurrence)

On May 21, 2008 I provided my annual report for 2007-08 to Prof. Taylor, Chair of the Department of Pharmacology and Toxicology, together with my response to his evaluation of my teaching, research/creative activity and service. Prof. Taylor acknowledged the receipt of my faculty annual report and my written response. He, however, declined to provide a response to the concerns delineated in my letter of May 21, 2008.

Tatyana T. Ivanova-Nikolova, Ph.D.

**Defendant's Exhibit 26**