# PEER EVALUATION PLAN

On September 28, 1993, the University of North Carolina Board of Governors issued Administrative Memorandum #338, which requires that the teaching of faculty members employed by constituent institutions of the University of North Carolina be evaluated by their peers. Faculty Senate Resolution #93-44, which was approved by the Chancellor on February 8, 1994, is East Carolina University's response to Administrative Memorandum #338 and includes a set of procedures and a sample form for peer evaluation. In an effort to provide assistance to departments in the School of Medicine, a Peer Evaluation Task Force was formed by the School. The Task Force report was submitted to the Dean on November 11, 1994 and includes recommendations addressing requirements mandated by Administrative Memorandum #338 and Faculty Senate Resolution #93-44, as well as sample forms for collecting data during peer evaluations. The peer evaluation plan for the Department of Pharmacology is based on the contents of these three documents and pertinent sections of the East Carolina University <u>Faculty Manual</u>. This peer evaluation plan has been approved by the Vice Chancellor for Health Sciences. The criteria against which teaching effectiveness will be evaluated are contained in the evaluation forms that are part of this plan.

1. All non-tenured, probationary term faculty members will undergo peer evaluation of their teaching during their first and third years of employment by the School of Medicine. The dates on which the first and third years begin are the dates in faculty members' contracts that specify when faculty members actually enter the tenure track.

2. A minimum of two (2) peer evaluations must be conducted during both the first and third years of each eligible faculty member's employment.

3. Peer evaluators must be tenured faculty members.

4. Peer evaluators will be trained in programs approved by the School of Medicine.

5. Each peer evaluation will be conducted by two (2) evaluators, one selected by the faculty member to be evaluated and the second by the department chair in consultation with the departmental personnel committee. Whenever possible, evaluators will be members of the Department of Pharmacology.

6. The faculty member to be evaluated will specify the date and time of the evaluation and the teaching environment in which the evaluation will be conducted. The date and time may be negotiated if the faculty member to be evaluated teaches in the selected environment frequently or regularly.

7. A pre-evaluation conference during which the faculty member to be evaluated will orient both evaluators to the learning session will be held at least three (3) working days prior to the evaluation.

8. During the pre-evaluation conference, a copy of the evaluation form(s) the evaluators will use will be given to the faculty member to be evaluated. The form(s) will be completed by the faculty member after the teaching session as a personal evaluation of his or her teaching during the session. The Department of Pharmacology will use the form(s) recommended by the Peer Evaluation Task Force appropriate for the teaching environment in which the faculty member will be evaluated.

9. A post-evaluation conference will be conducted within the (10) working days of the observed teaching session. Copies of the forms completed by the evaluators and the faculty member's personal evaluation will be distributed to all three participants before this conference. The contents of these forms will be used to guide a discussion of the faculty member's teaching strengths, areas of his or her teaching that could be improved, and potential faculty development activities.

10. Following the post-evaluation conference, the evaluators have the option of completing individual reports or a joint report. These reports will include copies of the evaluation forms completed during the observation and a summary of the discussion during the post-evaluation conference.

11. Copies of the evaluators' report(s) will be sent to the faculty member within ten (10) working days of the post-evaluation conference, and the original report(s) will be placed in the faculty member's personnel file at the same time. The faculty member will retain his or her self-evaluation.

12. Reports from all four (4) peer evaluations must be included in any personnel action dossier (PAD) submitted by a faculty member in an application for reappointment or in an application for tenure or promotion or both (Administrative Memorandum #338 and the East Carolina University Faculty Manual Appendix D, p.D-8L, IV. F. 2.d.).

13. Implementation of the peer evaluation process in the Department of Pharmacology is the responsibility of the Chairman, W. R. Wooles.

A copy of the Department of Pharmacology peer evaluation plan has been given to me, and its provisions have been explained to me.

_____     _____
Applicant Signature                        Department Chair Signature

___/___/___                                      ___/___/___
     Date                                                  Date

1. Original to applicant's personnel file
2. Copy to applicant