# RFP #28 / #29

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER      
FACULTY NAME
DATE OF EVALUATION  27APR01
SESSION TYPE        BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| 1. WAS PREPARED FOR THE SESSIONS | 26 | 6.54 | 7.00 | 1.21 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 26 | 6.38 | 7.00 | 1.30 |
| 3. EMPHASIZED IMPORTANT POINTS | 26 | 6.12 | 7.00 | 1.53 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 26 | 6.62 | 7.00 | 1.20 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 26 | 6.04 | 6.00 | 1.31 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 26 | 6.27 | 7.00 | 1.34 |
| 7. ANSWERED QUESTIONS PROPERLY | 26 | 6.31 | 7.00 | 1.26 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 25 | 6.40 | 7.00 | 1.26 |

------------------------------------------------------------------------

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 26 | 6.34 | 6.80 | 1.22 |
|     MEDICAL STUDENTS | . | . | . | . |
|     PhD STUDENTS | . | . | . | . |
|     OTHER LEARNERS | 26 | 6.34 | 6.80 | 1.22 |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

1       2       3       4       5       6       7       NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT            PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION    25APR01
SESSION TYPE          BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 23 | 6.78 | 7.00 | 0.42 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 23 | 5.52 | 6.00 | 1.78 |
| 3. EMPHASIZED IMPORTANT POINTS | 23 | 6.35 | 7.00 | 0.83 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 23 | 6.83 | 7.00 | 0.39 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 23 | 6.65 | 7.00 | 0.57 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 23 | 6.74 | 7.00 | 0.45 |
| 7. ANSWERED QUESTIONS PROPERLY | 23 | 6.30 | 7.00 | 1.02 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 23 | 6.48 | 7.00 | 0.79 |

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 23 | 6.46 | 6.75 | 0.58 |
| MEDICAL STUDENTS | . | . | . | . |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | 23 | 6.46 | 6.75 | 0.58 |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

1        2        3        4        5        6        7        NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION    10OCT00
SESSION TYPE         BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 17 | 6.71 | 7.00 | 0.47 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 17 | 5.82 | 6.00 | 1.24 |
| 3. EMPHASIZED IMPORTANT POINTS | 17 | 5.00 | 5.00 | 1.54 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 17 | 6.59 | 7.00 | 0.71 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 17 | 4.59 | 5.00 | 1.62 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 17 | 4.76 | 5.00 | 1.82 |
| 7. ANSWERED QUESTIONS PROPERLY | 17 | 4.29 | 5.00 | 2.17 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 17 | 5.18 | 6.00 | 1.78 |

----------------------------------------------------------------

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 17 | 5.37 | 5.75 | 1.16 |
| MEDICAL STUDENTS | . | . | . | . |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | 17 | 5.37 | 5.75 | 1.16 |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

   STRONGLY DISAGREE        STRONGLY AGREE

   1     2     3     4     5     6     7     NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT            PHARMACOLOGY
FACULTY NUMBER        ████████
FACULTY NAME          ████████
DATE OF EVALUATION    25APR01
SESSION TYPE          BLOCK OF LECTURES

|                                             | N  | MEAN | MEDIAN | STD. DEV |
|---------------------------------------------|----|------|--------|----------|
| 1. WAS PREPARED FOR THE SESSIONS            | 24 | 6.46 | 7.00   | 0.66     |
| 2. ORGANIZED THE CONTENT LOGICALLY          | 24 | 6.13 | 6.00   | 0.99     |
| 3. EMPHASIZED IMPORTANT POINTS              | 24 | 5.83 | 6.00   | 1.27     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 24 | 6.54 | 7.00   | 0.72     |
| 5. MOTIVATED STUDENTS TO LEARN MORE         | 24 | 5.79 | 6.00   | 0.98     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS      | 24 | 6.29 | 6.00   | 0.62     |
| 7. ANSWERED QUESTIONS PROPERLY              | 24 | 6.29 | 6.00   | 0.69     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER       | 24 | 6.21 | 6.00   | 0.88     |

------------------------------------------------------------------------------

|                                                        | N   | MEAN | MEDIAN | STD. DEV |
|--------------------------------------------------------|-----|------|--------|----------|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 24  | 6.19 | 6.13   | 0.72     |
| MEDICAL STUDENTS                                       | .   | .    | .      | .        |
| PhD STUDENTS                                           | .   | .    | .      | .        |
| OTHER LEARNERS                                         | 24  | 6.19 | 6.13   | 0.72     |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE            STRONGLY AGREE

1      2      3      4      5      6      7      NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT              PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION      26OCT00
SESSION TYPE            BLOCK OF LECTURES

|                                          | N   | MEAN  | MEDIAN | STD. DEV |
| ---------------------------------------- | --- | ----- | ------ | -------- |
| 1. WAS PREPARED FOR THE SESSIONS         | 23  | 6.61  | 7.00   | 0.66     |
| 2. ORGANIZED THE CONTENT LOGICALLY       | 23  | 6.00  | 6.00   | 0.95     |
| 3. EMPHASIZED IMPORTANT POINTS           | 23  | 6.26  | 6.00   | 0.81     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 23 | 6.78 | 7.00   | 0.42     |
| 5. MOTIVATED STUDENTS TO LEARN MORE      | 23  | 6.35  | 6.00   | 0.78     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS   | 23  | 6.57  | 7.00   | 0.66     |
| 7. ANSWERED QUESTIONS PROPERLY           | 23  | 6.52  | 7.00   | 0.67     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER    | 23  | 6.39  | 7.00   | 0.72     |

-------------------------------------------------------------------------

|                                              | N   | MEAN | MEDIAN | STD. DEV |
| -------------------------------------------- | --- | ---- | ------ | -------- |
| OVERALL SCORE FOR INSTRUCTOR                  |     |      |        |          |
| (Based on individual mean scores)             | 23  | 6.43 | 6.63   | 0.57     |
|                                              |     |      |        |          |
| MEDICAL STUDENTS                             | .   | .    | .      | .        |
| PhD STUDENTS                                 | .   | .    | .      | .        |
| OTHER LEARNERS                               | 23  | 6.43 | 6.63   | 0.57     |
|                                              |     |      |        |          |
| OVERALL SCORE FOR DEPARTMENT                 |     |      |        |          |
| (Based on individual mean scores)             | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE            STRONGLY AGREE

   1      2      3      4      5      6      7      NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT              PHARMACOLOGY
FACULTY NUMBER          120026
FACULTY NAME            IVANOVA-NIKOLOVA T
DATE OF EVALUATION      25APR01
SESSION TYPE            BLOCK OF LECTURES

|                                            | N   | MEAN | MEDIAN | STD. DEV |
| ------------------------------------------ | --- | ---- | ------ | -------- |
| 1. WAS PREPARED FOR THE SESSIONS           | 23  | 5.91 | 6.00   | 1.08     |
| 2. ORGANIZED THE CONTENT LOGICALLY         | 23  | 5.39 | 5.00   | 1.41     |
| 3. EMPHASIZED IMPORTANT POINTS             | 22  | 5.18 | 5.00   | 1.30     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT| 22  | 6.27 | 6.00   | 0.83     |
| 5. MOTIVATED STUDENTS TO LEARN MORE        | 22  | 5.23 | 5.00   | 1.02     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS     | 22  | 5.41 | 5.00   | 1.10     |
| 7. ANSWERED QUESTIONS PROPERLY             | 22  | 5.36 | 5.50   | 1.36     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER      | 22  | 5.41 | 5.50   | 1.14     |

---------------------------------------------------------------------------

|                                         | N   | MEAN | MEDIAN | STD. DEV |
| --------------------------------------- | --- | ---- | ------ | -------- |
| OVERALL SCORE FOR INSTRUCTOR            |     |      |        |          |
| (Based on individual mean scores)       | 23  | 5.52 | 5.63   | 0.98     |
| MEDICAL STUDENTS                        | .   | .    | .      | .        |
| PhD STUDENTS                            | .   | .    | .      | .        |
| OTHER LEARNERS                          | 23  | 5.52 | 5.63   | 0.98     |
| OVERALL SCORE FOR DEPARTMENT            |     |      |        |          |
| (Based on individual mean scores)       | 790 | 5.91 | 6.00   | 1.01     |

\*\*\* THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE            STRONGLY AGREE

    1       2       3       4       5       6       7       NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT       PHARMACOLOGY
FACULTY NUMBER 
FACULTY NAME
DATE OF EVALUATION   25APR01
SESSION TYPE       BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 23 | 6.83 | 7.00 | 0.39 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 23 | 6.91 | 7.00 | 0.29 |
| 3. EMPHASIZED IMPORTANT POINTS | 23 | 6.91 | 7.00 | 0.29 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 23 | 6.74 | 7.00 | 0.54 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 23 | 6.57 | 7.00 | 0.79 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 23 | 6.83 | 7.00 | 0.39 |
| 7. ANSWERED QUESTIONS PROPERLY | 23 | 6.83 | 7.00 | 0.49 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 23 | 6.91 | 7.00 | 0.29 |

| | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 23 | 6.82 | 7.00 | 0.33 |
| MEDICAL STUDENTS | . | . | . | . |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | 23 | 6.82 | 7.00 | 0.33 |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE       STRONGLY AGREE

1    2    3    4    5    6    7    NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION  25APR01
SESSION TYPE        BLOCK OF LECTURES.

|                                          | N   | MEAN | MEDIAN | STD. DEV |
| ---------------------------------------- | --- | ---- | ------ | -------- |
| 1. WAS PREPARED FOR THE SESSIONS         | 22  | 5.91 | 6.00   | 1.34     |
| 2. ORGANIZED THE CONTENT LOGICALLY       | 22  | 5.27 | 5.00   | 1.49     |
| 3. EMPHASIZED IMPORTANT POINTS           | 22  | 5.68 | 6.00   | 1.25     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 22 | 6.50 | 7.00  | 1.19     |
| 5. MOTIVATED STUDENTS TO LEARN MORE      | 22  | 5.95 | 6.00   | 1.46     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS   | 22  | 6.18 | 6.50   | 1.01     |
| 7. ANSWERED QUESTIONS PROPERLY           | 22  | 5.86 | 6.00   | 1.32     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER    | 22  | 5.64 | 6.00   | 1.62     |

---

|                                          | N   | MEAN | MEDIAN | STD. DEV |
| ---------------------------------------- | --- | ---- | ------ | -------- |
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 22  | 5.88 | 6.19 | 1.22 |
| MEDICAL STUDENTS                         | .   | .    | .      | .        |
| PhD STUDENTS                             | .   | .    | .      | .        |
| OTHER LEARNERS                           | 22  | 5.88 | 6.19   | 1.22     |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

\*\*\* THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

1      2      3      4      5      6      7      NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT            PHARMACOLOGY
FACULTY NUMBER        
FACULTY NAME
DATE OF EVALUATION    25APR01
SESSION TYPE          BLOCK OF LECTURES

|                                                | N   | MEAN | MEDIAN | STD. DEV |
|------------------------------------------------|-----|------|--------|----------|
| 1. WAS PREPARED FOR THE SESSIONS               | 24  | 6.54 | 7.00   | 0.78     |
| 2. ORGANIZED THE CONTENT LOGICALLY             | 24  | 6.42 | 7.00   | 0.88     |
| 3. EMPHASIZED IMPORTANT POINTS                 | 24  | 6.46 | 7.00   | 0.83     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT    | 24  | 6.58 | 7.00   | 0.83     |
| 5. MOTIVATED STUDENTS TO LEARN MORE            | 24  | 6.13 | 6.00   | 0.85     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS         | 24  | 6.08 | 6.50   | 1.14     |
| 7. ANSWERED QUESTIONS PROPERLY                 | 24  | 6.21 | 6.50   | 1.06     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER          | 24  | 6.29 | 6.00   | 0.81     |

-----------------------------------------------------------------------------

|                                                        | N   | MEAN | MEDIAN | STD. DEV |
|--------------------------------------------------------|-----|------|--------|----------|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 24  | 6.34 | 6.69   | 0.77     |
| MEDICAL STUDENTS                                       | .   | .    | .      | .        |
| PhD STUDENTS                                           | .   | .    | .      | .        |
| OTHER LEARNERS                                         | 24  | 6.34 | 6.69   | 0.77     |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

    1       2     3     4     5     6     7     NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER 
FACULTY NAME
DATE OF EVALUATION    25APR01
SESSION TYPE         BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| 1. WAS PREPARED FOR THE SESSIONS | 23 | 5.87 | 6.00 | 1.06 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 23 | 5.87 | 6.00 | 0.92 |
| 3. EMPHASIZED IMPORTANT POINTS | 23 | 6.00 | 6.00 | 0.90 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 23 | 5.91 | 6.00 | 0.95 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 23 | 5.39 | 5.00 | 0.89 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 23 | 6.22 | 6.00 | 0.74 |
| 7. ANSWERED QUESTIONS PROPERLY | 23 | 5.70 | 6.00 | 0.97 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 23 | 5.74 | 6.00 | 0.92 |

---

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 23 | 5.84 | 5.75 | 0.73 |
| MEDICAL STUDENTS | . | . | . | . |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | 23 | 5.84 | 5.75 | 0.73 |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

\*\*\* THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE        STRONGLY AGREE

   1      2      3      4      5      6      7     NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME 
DATE OF EVALUATION   04JAN01
SESSION TYPE         BLOCK OF LECTURES



|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 62 | 6.45 | 7.00 | 0.69 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 62 | 5.90 | 6.00 | 1.13 |
| 3. EMPHASIZED IMPORTANT POINTS | 61 | 5.90 | 6.00 | 1.04 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 61 | 6.38 | 7.00 | 0.78 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 59 | 5.61 | 6.00 | 1.23 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 62 | 6.19 | 6.00 | 1.02 |
| 7. ANSWERED QUESTIONS PROPERLY | 62 | 6.05 | 6.00 | 1.11 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 61 | 6.03 | 6.00 | 0.89 |

--------------------------------------------------------------------

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 62 | 6.06 | 6.19 | 0.82 |
|     MEDICAL STUDENTS | 62 | 6.06 | 6.19 | 0.82 |
|     PhD STUDENTS | . | . | . | . |
|     OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE        STRONGLY AGREE

1     2     3     4     5     6     7    NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT         PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME 
DATE OF EVALUATION   17APR01
SESSION TYPE       BLOCK OF LECTURES

| | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 46 | 6.37 | 7.00 | 0.85 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 46 | 4.54 | 5.00 | 1.66 |
| 3. EMPHASIZED IMPORTANT POINTS | 46 | 4.80 | 5.00 | 1.50 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 46 | 6.22 | 6.00 | 0.84 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 44 | 4.82 | 5.00 | 1.37 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 44 | 5.86 | 6.00 | 1.00 |
| 7. ANSWERED QUESTIONS PROPERLY | 45 | 5.47 | 6.00 | 1.31 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 46 | 5.11 | 6.00 | 1.43 |

| | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 46 | 5.40 | 5.50 | 0.98 |
|     MEDICAL STUDENTS | 46 | 5.40 | 5.50 | 0.98 |
|     PhD STUDENTS | . | . | . | . |
|     OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE        STRONGLY AGREE

   1      2      3      4      5      6      7     NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER      
FACULTY NAME
DATE OF EVALUATION  04JAN01
SESSION TYPE        BLOCK OF LECTURES

|                                              | N  | MEAN | MEDIAN | STD. DEV |
| -------------------------------------------- | -- | ---- | ------ | -------- |
| 1. WAS PREPARED FOR THE SESSIONS             | 63 | 6.30 | 7.00   | 0.99     |
| 2. ORGANIZED THE CONTENT LOGICALLY           | 63 | 5.78 | 6.00   | 1.13     |
| 3. EMPHASIZED IMPORTANT POINTS               | 63 | 5.65 | 6.00   | 1.32     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT  | 63 | 6.06 | 6.00   | 1.16     |
| 5. MOTIVATED STUDENTS TO LEARN MORE          | 61 | 5.38 | 6.00   | 1.55     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS       | 63 | 5.83 | 6.00   | 1.30     |
| 7. ANSWERED QUESTIONS PROPERLY               | 63 | 5.65 | 6.00   | 1.44     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER        | 62 | 5.74 | 6.00   | 1.21     |

-------------------------------------------------------------------------------

|                                              | N   | MEAN | MEDIAN | STD. DEV |
| -------------------------------------------- | --- | ---- | ------ | -------- |
| OVERALL SCORE FOR INSTRUCTOR                 |     |      |        |          |
| (Based on individual mean scores)            | 63  | 5.80 | 6.00   | 1.08     |
|                                              |     |      |        |          |
| MEDICAL STUDENTS                             | 63  | 5.80 | 6.00   | 1.08     |
| PhD STUDENTS                                 | .   | .    | .      | .        |
| OTHER LEARNERS                               | .   | .    | .      | .        |
|                                              |     |      |        |          |
| OVERALL SCORE FOR DEPARTMENT                 |     |      |        |          |
| (Based on individual mean scores)            | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

    STRONGLY DISAGREE          STRONGLY AGREE

    1      2      3      4      5      6      7      NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER      
FACULTY NAME
DATE OF EVALUATION  04JAN01
SESSION TYPE        BLOCK OF LECTURES

|                                               | N   | MEAN | MEDIAN | STD. DEV |
|-----------------------------------------------|-----|------|--------|----------|
| 1. WAS PREPARED FOR THE SESSIONS              | 61  | 6.21 | 6.00   | 0.76     |
| 2. ORGANIZED THE CONTENT LOGICALLY            | 62  | 6.02 | 6.00   | 1.00     |
| 3. EMPHASIZED IMPORTANT POINTS                | 61  | 5.84 | 6.00   | 1.24     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT   | 61  | 6.16 | 6.00   | 0.84     |
| 5. MOTIVATED STUDENTS TO LEARN MORE           | 59  | 5.69 | 6.00   | 1.38     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS        | 61  | 6.03 | 6.00   | 0.97     |
| 7. ANSWERED QUESTIONS PROPERLY                | 60  | 6.08 | 6.00   | 1.06     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER         | 61  | 5.95 | 6.00   | 1.09     |

------------------------------------------------------------------------------

|                                                          | N   | MEAN | MEDIAN | STD. DEV |
|----------------------------------------------------------|-----|------|--------|----------|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 62  | 6.00 | 6.00   | 0.92     |
|     MEDICAL STUDENTS                 | 62  | 6.00 | 6.00   | 0.92     |
|     PhD STUDENTS                     | .   | .    | .      | .        |
|     OTHER LEARNERS                   | .   | .    | .      | .        |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8


STRONGLY DISAGREE          STRONGLY AGREE

1       2       3       4       5       6       7       NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER      
FACULTY NAME
DATE OF EVALUATION  04JAN01
SESSION TYPE        BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 63 | 6.41 | 7.00 | 0.78 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 63 | 6.32 | 7.00 | 0.82 |
| 3. EMPHASIZED IMPORTANT POINTS | 63 | 6.37 | 7.00 | 0.87 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 63 | 6.62 | 7.00 | 0.63 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 61 | 6.13 | 7.00 | 1.19 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 63 | 6.49 | 7.00 | 0.69 |
| 7. ANSWERED QUESTIONS PROPERLY | 63 | 6.46 | 7.00 | 0.76 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 62 | 6.40 | 7.00 | 0.76 |

---

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 63 | 6.40 | 6.75 | 0.72 |
|     MEDICAL STUDENTS | 63 | 6.40 | 6.75 | 0.72 |
|     PhD STUDENTS | . | . | . | . |
|     OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

1     2     3     4     5     6     7     NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT            PHARMACOLOGY
FACULTY NUMBER        
FACULTY NAME
DATE OF EVALUATION    17APR01
SESSION TYPE          BLOCK OF LECTURES

|   | N | MEAN | MEDIAN | STD. DEV |
|---|---|------|--------|----------|
| 1. WAS PREPARED FOR THE SESSIONS | 47 | 5.94 | 6.00 | 1.03 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 47 | 5.43 | 5.00 | 1.41 |
| 3. EMPHASIZED IMPORTANT POINTS | 47 | 5.89 | 6.00 | 1.01 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 47 | 5.32 | 5.00 | 1.30 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 45 | 5.11 | 5.00 | 1.28 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 46 | 5.96 | 6.00 | 0.87 |
| 7. ANSWERED QUESTIONS PROPERLY | 46 | 5.57 | 6.00 | 1.13 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 47 | 5.57 | 6.00 | 1.04 |

--------------------------------------------------------------------------

|   | N | MEAN | MEDIAN | STD. DEV |
|---|---|------|--------|----------|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 47 | 5.60 | 5.75 | 0.90 |
| MEDICAL STUDENTS | 47 | 5.60 | 5.75 | 0.90 |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

   1      2      3      4      5      6      7      NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT              PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION      04JAN01
SESSION TYPE            BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| 1. WAS PREPARED FOR THE SESSIONS | 62 | 5.61 | 6.00 | 1.27 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 63 | 4.67 | 5.00 | 1.53 |
| 3. EMPHASIZED IMPORTANT POINTS | 62 | 4.44 | 5.00 | 1.69 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 62 | 5.65 | 6.00 | 1.36 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 60 | 4.52 | 5.00 | 1.74 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 59 | 5.56 | 6.00 | 1.37 |
| 7. ANSWERED QUESTIONS PROPERLY | 59 | 5.08 | 5.00 | 1.38 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 60 | 4.87 | 5.00 | 1.43 |

--------------------------------------------------------------------------

|  | N | MEAN | MEDIAN | STD. DEV |
| --- | --- | --- | --- | --- |
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 63 | 5.08 | 5.13 | 1.19 |
| MEDICAL STUDENTS | 63 | 5.08 | 5.13 | 1.19 |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

  1      2      3      4      5      6      7      NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT         PHARMACOLOGY
FACULTY NUMBER     
FACULTY NAME       
DATE OF EVALUATION 17APRO1
SESSION TYPE       BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 46 | 6.17 | 6.00 | 1.06 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 46 | 5.74 | 6.00 | 1.24 |
| 3. EMPHASIZED IMPORTANT POINTS | 46 | 5.87 | 6.00 | 1.13 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 45 | 5.98 | 6.00 | 0.99 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 44 | 5.27 | 5.00 | 1.19 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 44 | 5.95 | 6.00 | 1.10 |
| 7. ANSWERED QUESTIONS PROPERLY | 44 | 5.86 | 6.00 | 1.19 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 46 | 5.70 | 6.00 | 1.21 |

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR | | | | |
| (Based on individual mean scores) | 46 | 5.82 | 6.00 | 1.00 |
| MEDICAL STUDENTS | 46 | 5.82 | 6.00 | 1.00 |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT | | | | |
| (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

1       2       3       4       5       6       7       NA

STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT             PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME
DATE OF EVALUATION     17APR01
SESSION TYPE           BLOCK OF LECTURES

|                                              | N  | MEAN | MEDIAN | STD. DEV |
|----------------------------------------------|----|------|--------|----------|
| 1. WAS PREPARED FOR THE SESSIONS             | 47 | 6.09 | 6.00   | 1.10     |
| 2. ORGANIZED THE CONTENT LOGICALLY           | 47 | 5.96 | 6.00   | 0.98     |
| 3. EMPHASIZED IMPORTANT POINTS               | 47 | 5.91 | 6.00   | 1.04     |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT  | 47 | 5.68 | 6.00   | 1.27     |
| 5. MOTIVATED STUDENTS TO LEARN MORE          | 45 | 5.31 | 5.00   | 1.31     |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS       | 46 | 5.96 | 6.00   | 1.05     |
| 7. ANSWERED QUESTIONS PROPERLY               | 46 | 5.85 | 6.00   | 1.11     |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER        | 47 | 5.77 | 6.00   | 1.07     |

--------------------------------------------------------------------------------

|                                                          | N   | MEAN | MEDIAN | STD. DEV |
|----------------------------------------------------------|-----|------|--------|----------|
| OVERALL SCORE FOR INSTRUCTOR (Based on individual mean scores) | 47  | 5.83 | 5.88   | 0.98     |
| MEDICAL STUDENTS                                         | 47  | 5.83 | 5.88   | 0.98     |
| PhD STUDENTS                                             | .   | .    | .      | .        |
| OTHER LEARNERS                                           | .   | .    | .      | .        |
| OVERALL SCORE FOR DEPARTMENT (Based on individual mean scores) | 790 | 5.91 | 6.00   | 1.01     |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

    1      2      3      4      5      6      7      NA

# STUDENT EVALUATION OF INDIVIDUAL FACULTY MEMBERS

DEPARTMENT          PHARMACOLOGY
FACULTY NUMBER
FACULTY NAME        ▓▓▓▓▓▓▓▓▓▓
DATE OF EVALUATION  04JAN01
SESSION TYPE        BLOCK OF LECTURES

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| 1. WAS PREPARED FOR THE SESSIONS | 63 | 6.30 | 7.00 | 0.89 |
| 2. ORGANIZED THE CONTENT LOGICALLY | 62 | 5.61 | 6.00 | 1.28 |
| 3. EMPHASIZED IMPORTANT POINTS | 63 | 5.79 | 6.00 | 1.17 |
| 4. APPEARED KNOWLEDGEABLE ABOUT THE CONTENT | 63 | 6.21 | 6.00 | 0.92 |
| 5. MOTIVATED STUDENTS TO LEARN MORE | 61 | 5.70 | 6.00 | 1.27 |
| 6. PROVIDE OPPORTUNITIES FOR QUESTIONS | 63 | 6.08 | 6.00 | 0.94 |
| 7. ANSWERED QUESTIONS PROPERLY | 63 | 6.03 | 6.00 | 0.92 |
| 8. WAS, OVERALL, AN EFFECTIVE TEACHER | 63 | 5.86 | 6.00 | 1.03 |

---

|  | N | MEAN | MEDIAN | STD. DEV |
|---|---|---|---|---|
| OVERALL SCORE FOR INSTRUCTOR | | | | |
| (Based on individual mean scores) | 63 | 5.95 | 6.00 | 0.89 |
| MEDICAL STUDENTS | 63 | 5.95 | 6.00 | 0.89 |
| PhD STUDENTS | . | . | . | . |
| OTHER LEARNERS | . | . | . | . |
| OVERALL SCORE FOR DEPARTMENT | | | | |
| (Based on individual mean scores) | 790 | 5.91 | 6.00 | 1.01 |

*** THE INDIVIDUAL MEAN SCORE IS THE AVERAGE OF ITEM 1-8

STRONGLY DISAGREE          STRONGLY AGREE

    1      2      3      4      5      6      7      NA