# MEDICAL PHARMACOLOGY: Course Schedule, Fall Semester, 2006-2007

### Section 1a: *Pharmacologic Principles/Concepts*
### Section 1b: *Pharmacology of the Peripheral/Autonomic Nervous System*

| Week | Lect # | Date | Day | Time | Topic | Faculty | |
|---|---|---|---|---|---|---|---|
| | 0 | 8/08 | Tues | 8:00-8:50 | Introduction to Medical Pharmacology | Drs. McMillen/Taylor | |
| 1 | 1 | 8/09 | Wed | 8:00-8:50 | General Principles of Pharmacology | Dr. Taylor | |
| | 2 | 8/10 | Thur | 8:00-8:50 | Pharmacodynamics 1 | Dr. Taylor | |
| | 3 | 8/11 | Fri | 8:00-8:50 | Pharmacodynamics 2 | Dr. Taylor | |
| | 4 | 8/14 | Mon | 8:00-8:50 | Pharmacodynamics 3 | Dr. Soderstrom | |
| | 5 | 8/15 | Tues | 8:00-8:50 | Pharmacodynamics 4 | Dr. Soderstrom | |
| 2 | 6 | 8/16 | Wed | 8:00-8:50 | Pharmacokinetics 1 | Dr. Barnes | *1* |
| | 7 | 8/17 | Thur | 8:00-8:50 | Pharmacokinetics 2 | Dr. Barnes | *2* |
| | 8 | 8/18 | Fri | 8:00-8:50 | Pharmacokinetics 3 | Dr. Barnes | *3* |
| | 9 | 8/21 | Mon | 8:00-8:50 | Pharmacokinetics 4 | Dr. Barnes | *4* |
| | 10 | 8/22 | Tues | 8:00-8:50 | Pharmacokinetics 5 | Dr. Barnes | *5* |
| 3 | 11 | 8/23 | Wed | 8:00-8:50 | Pharmacokinetics 6 | Dr. Barnes | *6* |
| | | 8/23 | Wed | 10:00-10:50 | *Small Group Conference 1a* | *Dr. McMillen/Faculty* | |
| | 12 | 8/24 | Thur | 8:00-8:50 | Drug Interactions | Dr. Barnes | *7* |
| | | 8/24 | Thur | 10:00-10:50 | *Small Group Conference 1b* | *Dr. McMillen/Faculty* | |
| | 13 | 8/25 | Fri | 8:00-8:50 | ANS Concepts 1 | Dr. Taylor | |
| | 14 | 8/28 | Mon | 8:00-8:50 | ANS Concepts 2 | Dr. Taylor | |
| | 15 | 8/29 | Tues | 8:00-8:50 | Cholinergic Agonists | Dr. Taylor | |
| 4 | 16 | 8/30 | Wed | 8:00-8:50 | Cholinergic Antagonists | Dr. Taylor | |
| | | 8/30 | Wed | 10:00-10:50 | *Small Group Conference 2a* | *Dr. McMillen/Faculty* | |
| | 17 | 8/31 | Thur | 8:00-8:50 | Ganglionic/Neuromuscular Agents | Dr. Taylor | |
| | | 8/31 | Thur | 10:00-10:50 | *Small Group Conference 2b* | *Dr. McMillen/Faculty* | |
| | 18 | 9/01 | Fri | 8:00-8:50 | Adrenergic Agonists | Dr. Taylor | |
| | 19 | 9/05 | Tues | 8:00-8:50 | Adrenergic Antagonists | Dr. Taylor | |
| | 20 | 9/06 | Wed | 8:00-8:50 | Inhibitors of Amine Uptake/Release | Dr. Taylor | |
| 5 | | 9/06 | Wed | 10:00-11:20 | *Autonomic Laboratory 1a* | *Dr. McMillen* | |
| | 21 | 9/07 | Thur | 8:00-8:50 | Prostaglandins/Other Eicosanoids | Dr. Taylor | |
| | | 9/07 | Thur | 10:00-11:20 | *Autonomic Laboratory 1b* | *Dr. McMillen* | |
| | 22 | 9/08 | Fri | 8:00-8:50 | Vasoactive Peptides/Serotonin | Dr. Taylor | |
| | 23 | 9/11 | Mon | 8:00-8:50 | Pharmacotherapy of Migraine | Dr. Abdel-Rahman | |
| | 24 | 9/12 | Tues | 8:00-8:50 | Renal Pharmacology | Dr. Abdel-Rahman | |
| 6 | | 9/13 | Wed | 9:00-11:20 | *Autonomic Laboratory 2a* | *Dr. McMillen* | |
| | | 9/14 | Thur | 9:00-11:20 | *Autonomic Laboratory 2b* | *Dr. McMillen* | |
| | | 9/15 | Fri | 8:00-8:50 | **Review Exam 1** | | |
| 7 | | 9/18 | Mon | 9:00-12:00 | **EXAM 1** | Pharmacol/Pathol | |

Case 4:08-cv-00209-BR   Document 48-7   Filed 03/02/11   Page 1 of 6

## Section 2: *Cardiovascular, Renal, and Gastrointestinal Pharmacology*

| Week | Lect # | Date | Day | Time | Topic | Faculty |
|---|---|---|---|---|---|---|
| | 25 | 9/20 | Wed | 8:00-8:50 | Diuretics-1 | Dr. Abdel-Rahman |
| 7 | 26 | 9/21 | Thur | 8:00-8:50 | Diuretics-2 | Dr. Abdel-Rahman |
| | 27 | 9/22 | Fri | 8:00-8:50 | Hypertension-1 | Dr. Abdel-Rahman |
| | 28 | 9/25 | Mon | 8:00-8:50 | Hypertension 2 | Dr. Abdel-Rahman |
| | 29 | 9/26 | Tues | 8:00-8:50 | Hypertension 3 | Dr. Abdel-Rahman |
| 8 | 30 | 9/27 | Wed | 8:00-8:50 | Hypertension 4 | Dr. Abdel-Rahman |
| | | 9/27 | Wed | 10:00-11:20 | *Small Group Conference 3a* | *Dr. McMillen/Faculty* |
| | 31 | 9/28 | Thur | 8:00-8:50 | Hypertension 5 | Dr. Abdel-Rahman |
| | | *9/28* | *Thur* | *10:00-11:20* | *Small Group Conference 3b* | *Dr. McMillen/Faculty* |
| | 32 | 9/29 | Fri | 8:00-8:50 | Atherothrombosis 1 | Dr. Abdel-Rahman |
| | 33 | 10/02 | Mon | 8:00-8:50 | Atherothrombosis 2 | Dr. Abdel-Rahman |
| | 34 | 10/03 | Tues | 8:00-8:50 | Atherothrombosis 3 | Dr. Abdel-Rahman |
| 9 | 35 | 10/04 | Wed | 8:00-8:50 | Cardiac Ischemia | Dr. Taylor |
| | | *10/04* | *Wed* | *10:00-11:20* | *Small Group Conference 4a* | *Dr. McMillen/Faculty* |
| | 36 | 10/05 | Thur | 8:00-8:50 | Heart Failure 1 | Dr. Taylor |
| | | *10/05* | *Thur* | *10:00-11:20* | *Small Group Conference 4b* | *Dr. McMillen/Faculty* |
| | 37 | 10/9 | Mon | 8:00-8:50 | Heart Failure 2 | Dr. Taylor |
| | 38 | 10/10 | Tues | 8:00-8:50 | Ion Channels as Drug Targets | Dr. Taylor |
| 10 | 39 | 10/11 | Wed | 8:00-8:50 | Local Anesthetics | Dr. Taylor |
| | | *10/11* | *Wed* | *10:00-11:20* | *Small Group Conference 5a* | *Dr. McMillen/Faculty* |
| | 40 | 10/12 | Thur | 8:00-8:50 | Arrhythmias 1 | Dr. Taylor |
| | | *10/12* | *Thur* | *10:00-11:20* | *Small Group Conference 5b* | *Dr. McMillen/Faculty* |
| | 41 | 10/13 | Fri | 8:00-8:50 | Arrhythmias 2 | Dr. Taylor |
| | 42 | 10/16 | Mon | 8:00-8:50 | Arrhythmias 3 | Dr. Taylor |
| | 43 | 10/17 | Tues | 8:00-8:50 | Histamine/Anti-Hist | Dr. Soderstrom |
| 11 | 44 | 10/18 | Wed | 8:00-8:50 | GI Pharmacology-1 | Dr. Soderstrom |
| | | *10/18* | *Wed* | *10:00-11:20* | *Cardiac Glycoside Toxicity Laboratory: A* | *Dr. McMillen* |
| | 45 | 10/19 | Thurs | 8:00-8:50 | GI Pharmacology-2 | Dr. Soderstrom |
| | | *10/19* | *Thur* | *10:00-11:20* | *Cardiac Glycoside Toxicity Laboratory: B* | *Dr. McMillen* |
| | 46 | 10/20 | Fri | 8:00-8:50 | GI Pharmacology-3 | Dr. Soderstrom |
| | 47 | 10/23 | Mon | 8:00-8:50 | CNS Disorders: Concepts 1 | Dr. McMillen |
| 12 | 48 | 10/24 | Tues | 8:00-8:50 | CNS Disorders: Concepts 2 | Dr. McMillen |
| | | 10/26 | Thur | 8:00-8:50 | **Review Exam 2** | Faculty |
| 13 | | 10/31 | Tues | 1:00-4:00 | **EXAM 2** | Pharmacol/Pathol |

# MEDICAL PHARMACOLOGY: Course Schedule, Fall Semester, 2006-2007

## Section 3: *Pharmacotherapy of Central Nervous System Disorders, Asthma, Pain/Inflammation*

|    |    |       |      |             |                                  |                      |
|----|----|-------|------|-------------|----------------------------------|----------------------|
|    | 49 | 11/01 | Wed  | 8:00-8:50   | Gen. Anesthesia-1                | Dr. Smith            |
| 13 | 50 | 11/02 | Thur | 8:00-8:50   | Gen. Anesthesia-2                | Dr. Smith            |
|    | 51 | 11/03 | Fri  | 8:00-8:50   | Gen. Anesthesia-3                | Dr. Smith            |
|    | 52 | 11/06 | Mon  | 8:00-8:50   | Anti-Anxiety Drugs               | Dr. McMillen         |
|    | 53 | 11/07 | Tues | 8:00-8:50   | Sedative/Hypnotic Drugs          | Dr. McMillen         |
| 14 | 54 | 11/08 | Wed  | 8:00-8:50   | Epilepsy-1                       | Dr. McMillen         |
|    |    | *11/08* | *Wed* | *10:00-11:20* | *Small Group Conference 6a*   | *Dr. McMillen/Faculty* |
|    | 55 | 11/9  | Thur | 8:00-8:50   | Epilepsy-2                       | Dr. McMillen         |
|    |    | *11/9* | *Thur* | *10:00-11:20* | *Small Group Conference 6b*  | *Dr. McMillen/Faculty* |
|    | 56 | 11/13 | Mon  | 8:00-8:50   | Neurodegen. Disorders            | Dr. McMillen         |
|    | 57 | 11/14 | Tues | 8:00-8:50   | ADHD/stimulants                  | Dr. McMillen         |
|    | 58 | 11/15 | Wed  | 8:00-8:50   | Antipsychotic Drugs              | Dr. McMillen         |
|    |    | *11/15* | *Wed* | *10:00-10:50* | *Small Group Conference 7a*  | *Dr.McMillen/Faculty* |
| 15 | 59 | 11/16 | Thur | 8:00-8:50   | Antidepressant Drugs-1           | Dr. McMillen         |
|    |    | *11/16* | *Thur* | *10:00-10:50* | *Small Group Conference 7b* | *Dr. McMillen/Faculty* |
|    | 60 | 11/17 | Fri  | 8:00-8:50   | Antidepressant Drugs-2           | Dr. McMillen         |
| 16 | 61 | 11/20 | Mon  | 8:00-8:50   | Asthma-1                         | Dr. Abdel-Rahman     |
|    | 62 | 11/21 | Tues | 8:00-8:50   | Asthma-2                         | Dr. Abdel-Rahman     |

**Thanksgiving Holiday**

|    |    |       |      |             |                                  |                      |
|----|----|-------|------|-------------|----------------------------------|----------------------|
|    | 63 | 11/27 | Mon  | 8:00-8:50   | Inflammation 1: NSAIDs/DMARDs 1  | Dr. Dar              |
|    | 64 | 11/28 | Tues | 8:00-8:50   | Inflammation 2: NSAIDs/DMARDs 2  | Dr. Dar              |
| 17 | 65 | 11/29 | Wed  | 8:00-8:50   | Inflammation 3: Gout/Uricosurics | Dr. Dar              |
|    |    | *11/29* | *Wed* | *10:00-10:50* | *Small Group Conference 8a*  | *Dr. McMillen/Faculty* |
|    | 66 | 11/30 | Thur | 8:00-8:50   | Pain: Opioids 1                  | Dr. Dar              |
|    |    | *11/30* | *Thur* | *10:00-10:50* | *Small Group Conference 8b* | *Dr. McMillen/Faculty* |
|    | 67 | 12/04 | Mon  | 8:00-8:50   | Pain: Opioids 2                  | Dr. Dar              |
| 18 | 68 | 12/05 | Tues | 8:00-8:50   | Pain: Opioids 3                  | Dr. Dar              |
|    | 69 | 12/06 | Wed  | 8:00-8:50   | Pain: Control of Pain            | Dr. Dar              |
|    |    | 12/07 | Fri  | **9:00-9:50** | **Review Exam 3**              |                      |
| 19 |    | 12/14 | Thur | 8:30-12:30  | **EXAM 3**                       | Pharmacol/Pathol     |

MY COURSES > MEDICAL PHARMACOLOGY--FALL 2006 & SPRING 2007 > COURSE DOCUMENTS > HANDOUTS--SPRING 2007

# 📖 Handouts--Spring 2007

$7 + 14 = 21$

**Lectures 1-14: Antibacterial Drugs, Dr. Barnes**
00 Study Tips (21.792 Kb)
01 Lectures 1-3: Introduction/General Principles of Antimicrobial Therapy (76.346 Kb)
01 Reference: Medical Letter Treatment Guidelines, Choice of Antibacterial Drugs (244.717 Kb)
02 Lectures 4-5: Penicillins (120.484 Kb)
03 Lecture 6: Cell Wall Inhibitors, Newer Beta-lactam Antibiotics (30.387 Kb)
04 Lecture 7: Cell Wall Synthesis Inhibitors, Cephalosporins (254.149 Kb)
05 Lecture 8: Other Cell Wall Synthesis Inhibitors (82.698 Kb)
06 Lectures 9-10: 30S Protein Synthesis Inhibitors (378.713 Kb)
07 Lecture 11: 50S Protein Synthesis Inhibitors (315.77 Kb)
08 Lectures 12-13: Fluoroquinolones/Antimetabolites (300.443 Kb)
09 Lecture 14: Miscellaneous Antibacterials (228.913 Kb)

**ONENOTE Lectures 1-14: Dr. Barnes**
01 Lects 1-3.one (5.544 Mb)
02 Lects 4-5.one (5.764 Mb)
03 Lects 6.one (1.218 Mb)
04 Lects 7.one (3.904 Mb)
05 Lects 8.one (1.041 Mb)
06 Lects 9-10.one (3.363 Mb)
07 Lects 11.one (2.506 Mb)
08 Lects 12-13.one (3.44 Mb)
09 Lects 14.one (1.534 Mb)

**Lectures 15-19, 21-27: Antivirals and Endocrine, Dr. McConnaughey**
01 Lectures 15-19_Antivirals.pdf (622.757 Kb)
02 Lects 15-19.one (11.088 Mb)
03 Lectures 21-27_Endocrine.pdf (519.628 Kb)
04 Lects 21-27.one (12.293 Mb)
05_REVIEW ENDO_McConnaughey.pdf (13.735 Kb)
05_Review ENDO.one (536.648 Kb)

**Lectures 28-34: Cancer, Dr. Soderstrom**
01_Lecture 28_Cancer Chemo I.pdf (755.15 Kb)
01_Lecture 28.one (1.587 Mb)
02_Lecture 29_Cancer Chemo II.pdf (980.877 Kb)
02_Lecture 29.one (1.371 Mb)
03_Lecture 30_CaCT Drugs 1.pdf (693.372 Kb)
03_Lecture 30.one (2.259 Mb)
04_Lecture 31_CaCT Drugs 2.pdf (942.838 Kb)
04_Lecture 31.one (1.392 Mb)
05_Lecture 32_CaCT Drugs 3.pdf (656.351 Kb)
05_Lecture 32.one (1.224 Mb)
06_Lecture 33_CaCT Drugs 4.1 UPDATED.pdf (1.606 Mb)
06_Lecture 33_CaCT Drugs 4.pdf (851.669 Kb)
06_Lecture 33_UPDATED.one (1.602 Mb)
06_Lecture 33.one (1.506 Mb)
07_Lecture 34_Immunomodulators-Updated.pdf (964.311 Kb)
07_Lecture 34_Updated.one (1.674 Mb)
Lecture 34_Immunomodulator Handouts.pdf (88.442 Kb)
Lectures 28-33_Cancer_Handouts.pdf (13.089 Kb)

**Lecture 35: Pain Management, Dr. Ho**
Lecture 35_Pain Management Clinical Correlation.pdf (1.869 Mb)
Lecture 35.one (5.178 Mb)

### Lectures 36-39: Drugs of Abuse, Dr.Dar
01_Lectures 36-37_M-2 Alcohol.pdf (487.74 Kb)
01_Lectures 36-37.one (2.546 Mb)
02_Lecture 38_M-2 Cocaine.pdf (2.636 Mb)
02_Lecture 38.one (1.735 Mb)
03_Lecture 39_M-2 Marijuana.pdf (739.558 Kb)
03_Lecture 39.one (1.597 Mb)
Lects 36-39_Drugs of Abuse.pdf (99.075 Kb)

### Lectures 40-47: Dr. Taylor
01_Lect 40_Vit I.one (1.909 Mb)
01_Lecture 40_Vit I.pdf (400.258 Kb)
01 Lecture 40_Vitamins-Herbals I.pdf (36.988 Kb)
02_Lects 41-42_Vit II-III.one (9.303 Mb)
02_Lectures 41-42_Vit II-III.pdf (2.208 Mb)
02 Lects 41-42_Vitamins-Herbals II-III.pdf (42.38 Kb)
03_Lecture 43_Tox I.one (4.325 Mb)
03_Lecture 43_Tox I.pdf (165.996 Kb)
03 Lecture 43_Toxicology I.pdf (87.285 Kb)
04_Lecture 44_Tox II.one (4.493 Mb)
04_Lecture 44_Tox II.pdf (672.432 Kb)
04 Lecture 44_Toxicology II.pdf (105.993 Kb)
05_Lecture 45_Tox III.one (4.039 Mb)
05_Lecture 45_Tox III.pdf (287.952 Kb)
05 Lecture 45_Toxicology III.pdf (176.4 Kb)
06_Lecture 46_Tox IV.one (6.045 Mb)
06_Lecture 46_Tox IV.pdf (763.867 Kb)
06 Lectures 46-47_Toxicology IV-V.pdf (109.168 Kb)

$21 + 1 = 22$

### Lecture 48: Drug Interactions, Dr. Barnes
01 Lecture 48: Drug Interaction Vignettes for Class (27.004 Kb)
03 Fall 2006 DDI Lecture Slides (113.121 Kb)
02 Fall 2006 DDI HO (36.55 Kb)
04 Katzung.Appendix II (99.628 Kb)

Drug/drug Interactions (DDIs) will be reviewed in class by **discussing** the short vignettes posted above. I will attempt to review as many of these cases as possible, so we will be going fast. Please review them before coming to class.

I hope that there will be active class participation in discussing the cases. Therefore, it would be extremely useful if you would review Dr. Barnes' "Drug Interactions" lecture material from August 2006 [I have posted them with this material]. Also, please look at Appendix II in the Katzung text.

A useful link for looking up DDIs is http://www.drugs.com/drug_interactions.html. Please consider finding time to use this.

I will be pleased to respond to any questions that you have after class. I would suggest that you see me directly or that you pose your questions on "Blackboard" so that you classmates have the opportunity to review our discussions.

### Lecture 49: Pharmacology "Ups and Downs"
Ups and Downs (137.196 Kb)
Lecture 49_UpDowns.one (1.462 Mb)
Lecture 49_UpDowns.pdf (231.525 Kb)
Answers to Up/Down Problems (9.225 Kb)
A review of autonomic pharmacology using blood pressure and heart rate tracings.

### Lectures 51-54: Dr. West Paul
01_Lecture 51.one (3.357 Mb)
01_Lecture 51.pdf (72.486 Kb)
02_Lecture 52.one (4.268 Mb)
02_Lecture 52.pdf (488.806 Kb)

03_Lecture 53.one (3.547 Mb)
03_Lecture 53.pdf (347.898 Kb)
04_Lecture 54.one (2.968 Mb)
04_Lecture 54.pdf (435.186 Kb)

**Lecture 57: Dr. Nye**
Geriatric Pharm.one (2.577 Mb)
GeriatricPharmacotherapy.pdf (66.45 Kb)

**Lecture 58: Dr. Taylor**
Pediatric Consid.one (833.281 Kb)
Pediatric Considerations.pdf (102.73 Kb)

**Toxicology Practice Questions: Dr. Taylor**
Toxicology Practice Questions.pdf (13.851 Kb)

OK