

School of Medicine
Department of Pharmacology
East Carolina University
Brody Medical Sciences Building • Greenville, NC 27858-4354
252-816-2736 office • 252-816-3203 fax



July 9, 2001

Dr. David Taylor, Chairman
Department of Pharmacology
East Carolina University
Brody School of Medicine

Dear Dr. Taylor:

I am writing to you regarding my performance evaluation. Since 2000-2001 was the first year during which I taught PA and graduate students, and furthermore I gave 11 of my lectures within 3 weeks of the birth of my baby son, it is understandable that my teaching might be inferior to that of professors with long academic experience. I will continue to work hard to improve my teaching performance. However I feel that my research performance did not receive the score it deserved. I have been trying hard to put together, with the help of Dr. Emil Nikolov, a research program, which addresses some fundamental questions of molecular pharmacology and physiology. As evident from my seminar presentation we have succeeded in many aspects.

My performance evaluation did not take into consideration the fact that from the $65,000 Dean's funds allocated to my lab for the period 1999-2000 and 2000-2001, approximately $10,000* were spent by other faculties in the Department at the expense of my research.
I would like to be able to use these funds as soon as possible to meet some critical needs of my research program.

Thank you very much for your attention to this matter.

Sincerely yours,

Tatyana T. Ivanova-Nikolova, Ph.D.

*As of June 2000 $41,655.74 of the equipment funds and $10,805.15 of the supplies funds were expended. (Judy's balance was 11,770.83, however charges for two different purchases of $665.68 and $300 were credited to our account). In 2000-2001 I was allowed to spend only $2448.55 of my start up package. This leaves $10, 090 of unspent funds in my start up package.

East Carolina University is a constituent institution of the University of North Carolina. An Equal Opportunity/Affirmative Action Employer.