UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TATYANA T. IVANOVA-NIKOLOVA, PH.D ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| EAST CAROLINA UNIVERSITY, ) | No. 4:08-CV-209-BR | |
| Defendant. ) | | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of defendant's motion for summary judgment..

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment is GRANTED, and this case is CLOSED.

**This judgment filed and entered on June 17, 2011, and served on:**

Tatyana T. Ivanova-Nikolova, PH.D. (via US Mail), 11204 Fanwood Ct, Richmond, VA 23233
Brian R. Berman (via CM/ECF electronic notification)
Gary R. Govert (via CM/ECF electronic notification)
John P. Scherer, II (via CM/ECF electronic notification)

June 17, 2011                              /s/ Dennis P. Iavarone,
                                                    Clerk of Court